# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>                                    Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>                                  Defendant. | Civil Action No. 6:20-cv-00505-ADA<br><br>**JURY TRIAL DEMANDED** |

**APPENDIX OF PUBLIC EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA**

**APPENDIX OF PUBLIC EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA**

| Exhibit | Description |
|---|---|
| 1. | Declaration of Greer Shaw in Support of Plaintiff's Opposition to Defendant's Motion to Transfer Venue to the Northern District of California dated April 2, 2021 |
| 4. | Neonode Smartphone Inc.'s Second Supplemental and Amended Responses to Apple's Venue Interrogatories, dated April 2, 2021 |
| 5. | James Grimaldo's LinkedIn Profile |
| 6. | Braden Hess's LinkedIn Profile |
| 7. | Declaration of Dooyong Lee in Support of Plaintiff's Opposition to Defendant's Motion to Transfer Venue to the Northern District of California, dated March 28, 2021 |
| 8. | Julie Licata's LinkedIn Profile |
| 9. | Rahul Menon's LinkedIn Profile |
| 10. | Travis Owens's LinkedIn Profile |
| 11. | Declaration of Anuj Arora in Support of Plaintiff's Opposition to Defendant's Motion to Transfer Venue to the Northern District of California, dated March 29, 2021 |
| 12. | Scott Tagwerker's LinkedIn Profile |
| 13. | Declaration of Joseph Shain in Support of Plaintiff's Opposition to Defendant's Motion to Transfer Venue to the Northern District of California, dated March 30, 2021 |
| 14. | Declaration of Ulf Mårtensson in Support of Plaintiff's Opposition to Defendant's Motion to Transfer Venue to the Northern District of California, dated March 30, 2021 |

| Exhibit | Description |
|---|---|
| 15. | Declaration of Marc Berger in Support of Plaintiff's Opposition to Defendant's Motion to Transfer Venue to the Northern District of California, dated March 29, 2021 |
| 16. | Excerpts from the U.S. District Courts – Combined Civil and Criminal Federal Court Management Statistics (September 30, 2020) |
| 17. | "Austin Hotel Projects Move Forward, Including At New Apple Campus," *Austin American-Statesman* (July 21, 2020) |

Date: April 2, 2021

Respectfully submitted,

By: /s/ Greer N. Shaw

Philip J. Graves (CA State Bar No. 153441)
Email: philipg@hbsslaw.com
Greer N. Shaw (CA State Bar No. 197960)
Email: greers@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150

Craig D. Cherry (State Bar No. 24012419)
craig@swclaw.com
Justin W. Allen (State Bar No. 24081977)
justin@swclaw.com
STECKLER WAYNE COCHRAN CHERRY
8416 Old McGregor Road
Waco, Texas 76712
Telephone: (254) 651-3690

*Counsel for Plaintiff Neonode Smartphone LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of April 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

*/s/ Greer N. Shaw*
Greer N. Shaw

Betty H. Chen
Fish & Richardson PC
111 Congress Avenue, Suite 810
Austin, TX 78701
(512) 472-5070
Fax: 512/320-8935
Email: Bchen@fr.com

Benjamin C. Elacqua
Kathryn A. Quisenberry
Fish and Richardson PC
1221 McKinney Street Suite 2800
Houston, TX 77010
713-654-5300
Fax: 713-652-0109
Email: Elacqua@fr.com
Email: Quisenberry@fr.com

Jared A. Smith
Fish & Richardson P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
(858) 678-5070
Fax: (878) 678-5099
Email: Jasmith@fr.com

Aamir A. Kazi
Fish & Richardson P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 90309
(404) 892-5005
Fax: (404) 892-5002
Email: kazi@fr.com

*Attorneys for Defendant Apple Inc.*