# U.S. District Court [LIVE]
# Western District of Texas (Waco)
# CIVIL DOCKET FOR CASE #: 6:20−cv−00505−ADA

Neonode Smartphone LLC v. Apple Inc  
Assigned to: Judge Alan D Albright  
Case in other court:  USCA Federal Circuit, 21−00181  
Cause: 35:271 Patent Infringement

Date Filed: 06/08/2020  
Date Terminated: 11/16/2021  
Jury Demand: Both  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**Neonode Smartphone LLC**            represented by   **Greer N. Shaw**
Hagens Berman Sobol Shapiro LLP
301 North Lake Ave., Ste. 920
Pasadena, CA 91101
(213) 330−7150
Fax: (213) 330−7152
Email: greers@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Justin Wayne Allen**
Steckler Wayne Cochran Cherry, PLLC
8416 Old McGregor Rd.
Waco, TX 76712
(254) 651−3690
Fax: 254−651−3689
Email: justin@swclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip J. Graves**
Hagens Berman Sobol Shapiro LLP
301 North Lake Ave., Ste. 920
Pasadena, CA 91101
(213) 330−7147
Fax: (213) 330−7152
Email: philipg@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig D. Cherry**
Steckler Wayne Cochran Cherry, PLLC
8416 Old McGregor Rd.
Waco, TX 76712
United Sta
(254) 651−3690
Fax: 254−651−3689
Email: craig@swclaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Apple Inc** | represented by | **Aamir A. Kazi** <br> Fish & Richardson P.C. <br> 1180 Peachtree St. Ne, 21st Floor <br> Atlanta, GA 30309 <br> (404) 892−5005 <br> Fax: (404) 892−5002 <br> Email: kazi@fr.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Benjamin C. Elacqua** <br> Fish & Richardson PC <br> 1221 McKinney Street, Suite 2800 <br> Houston, TX 77010 <br> 713−654−5324 <br> Fax: 713−652−0109 <br> Email: bce@fr.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Betty H. Chen** <br> Fish & Richardson PC <br> 111 Congress Avenue, Suite 810 <br> Austin, TX 78701 <br> (512) 472−5070 <br> Fax: 512/320−8935 <br> Email: bchen@fr.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Jared A. Smith** <br> Fish & Richardson P.C. <br> 12860 El Camino Real, Suite 400 <br> San Diego, CA 92130 <br> (858) 678−5070 <br> Fax: (878) 678−5099 <br> Email: jasmith@fr.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Kathryn A. Quisenberry** <br> Fish and Richardson PC <br> 1221 McKinney Street <br> Suite 2800 <br> Houston, TX 77010 <br> 713−654−5300 <br> Fax: 713−652−0109 <br> Email: quisenberry@fr.com <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2020 | Ï 10 | STANDING ORDER from U.S. District Judge Alan D. Albright regarding scheduled civil hearings. Signed by Judge Alan D Albright. (Attachments: # 1 Supplemental Standing Order from Chief Judge Garcia re COVID19)(mc5) (Entered: 06/16/2020) |
| 06/08/2020 | Ï 1 | COMPLAINT ( Filing fee $ 400 receipt number 0542−13642963), filed by Neonode Smartphone LLC. (Attachments: # 1 Civil Cover Sheet)(Cherry, Craig) (Entered: 06/08/2020) |
| 06/08/2020 | Ï 2 | REQUEST FOR ISSUANCE OF SUMMONS by Neonode Smartphone LLC. (Cherry, Craig) (Main Document 2 replaced on 6/9/2020 to flatten document as required) (bw). (Entered: 06/08/2020) |
| 06/08/2020 | Ï 3 | Pursuant to the Standing Order Regarding Patent/Trademark Cases effective 12/9/19, Attorneys filing Patent/Trademark cases in TXWD Waco division must prepare the attached form AO120 and e−file using the "Notice of Filing of Patent/Trademark Form" event upon opening of the case. (Attachments: # 1 AO−120) (lad) (Entered: 06/08/2020) |
| 06/08/2020 | Ï 4 | Pursuant to the Standing Order Regarding Patent Trademark Cases effective 12/9/19, Attorneys filing Patent/Trademark cases in TXWD Waco division must prepare the attached form AO120 and e−file upon opening of the case. (Attachments: # 1 AO−120) (bw) (Entered: 06/08/2020) |
| 06/08/2020 | Ï 5 | ATTACHMENT *'879 Patent* to 1 Complaint by Neonode Smartphone LLC. (Attachments: # 1 Exhibit '993 Patent)(Cherry, Craig) (Entered: 06/08/2020) |
| 06/08/2020 | Ï | Case assigned to Judge Alan D Albright. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (bw) (Entered: 06/09/2020) |
| 06/09/2020 | Ï 6 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Cherry, Craig) (Entered: 06/09/2020) |
| 06/09/2020 | Ï 7 | Summons Issued as to Apple Inc. (bw) (Entered: 06/09/2020) |
| 06/10/2020 | Ï 8 | MOTION to Appear Pro Hac Vice by Craig D. Cherry *for Philip J. Graves* ( Filing fee $ 100 receipt number 0542−13649826) by on behalf of Neonode Smartphone LLC. (Attachments: # 1 Proposed Order)(Cherry, Craig) (Main Document 8 replaced on 6/10/2020 to flatten document as required) (bw). (Attachment 1 replaced on 6/10/2020 to flatten document as required) (bw). (Entered: 06/10/2020) |
| 06/11/2020 | Ï | Text Order GRANTING 8 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 06/11/2020) |
| 06/15/2020 | Ï 9 | MOTION to Appear Pro Hac Vice by Craig D. Cherry *for Greer N. Shaw* ( Filing fee $ 100 receipt number 0542−13663627) by on behalf of Neonode Smartphone LLC. (Attachments: # 1 Proposed Order)(Cherry, Craig) (Entered: 06/15/2020) |
| 06/17/2020 | Ï | Text Order GRANTING 9 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED |

| | | |
|---|---|---|
| | | and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 06/17/2020) |
| 06/23/2020 | Ï 11 | SUMMONS Returned Executed by Neonode Smartphone LLC. Apple Inc served on 6/15/2020, answer due 7/6/2020. (Cherry, Craig) (Entered: 06/23/2020) |
| 06/30/2020 | Ï 12 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Apple Inc. (Attachments: # 1 Proposed Order)(Chen, Betty) (Entered: 06/30/2020) |
| 06/30/2020 | Ï 13 | NOTICE of Attorney Appearance by Betty H. Chen on behalf of Apple Inc. Attorney Betty H. Chen added to party Apple Inc(pty:dft) (Chen, Betty) (Entered: 06/30/2020) |
| 07/02/2020 | Ï | Text Order GRANTING 12 Motion for Extension of Time to Answer entered by Judge Alan D Albright. Came on for consideration is Defendant's Motion. Noting that it is unopposed, the Court GRANTS the Motion. Defendant shall have up to and including September 4, 2020 to answer or otherwise respond to Plaintiff's Complaint.(This is a text−only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 07/02/2020) |
| 07/02/2020 | Ï | Reset Deadlines: Apple Inc answer due 9/4/2020. (bw) (Entered: 07/02/2020) |
| 09/04/2020 | Ï 14 | *Apple Inc.'s* ANSWER to 1 Complaint with Jury Demand by Apple Inc.(Chen, Betty) (Entered: 09/04/2020) |
| 09/04/2020 | Ï 15 | RULE 7 DISCLOSURE STATEMENT filed by Apple Inc. (Chen, Betty) (Entered: 09/04/2020) |
| 10/05/2020 | Ï 16 | ORDER GOVERNING PROCEEDINGS PATENT CASE. This case is SET for a telephonic Rule 16 Case Management Conference on Friday, October 16, 2020 at 1:30 p.m. before Judge Alan D Albright. Signed by Judge Alan D Albright. (bw) (Entered: 10/06/2020) |
| 10/06/2020 | Ï 17 | NOTICE of Attorney Appearance by Kathryn A. Quisenberry on behalf of Apple Inc. Attorney Kathryn A. Quisenberry added to party Apple Inc(pty:dft) (Quisenberry, Kathryn) (Entered: 10/06/2020) |
| 10/06/2020 | Ï 18 | Unopposed MOTION to Continue *Rule 16 Case Management Conference* by Neonode Smartphone LLC. (Attachments: # 1 Proposed Order)(Graves, Philip) (Entered: 10/06/2020) |
| 10/07/2020 | Ï | Text Order GRANTING 18 Unopposed Motion to Continue entered by Judge Alan D Albright. Accordingly, the Rule 16 Case Management Conference is continued to October 23, 2020, at 1:30 p.m. (This is a text−only entry generated by the court. There is no document associated with this entry.) (as) (Entered: 10/07/2020) |
| 10/07/2020 | Ï | RESET ORDER GOVERNING PROCEEDINGS PATENT CASE. This case is RESET for a telephonic Rule 16 Case Management Conference on Friday, October 23, 2020 at 1:30 p.m. before Judge Alan D Albright. (bw) (Entered: 10/07/2020) |
| 10/07/2020 | Ï 19 | NOTICE of Attorney Appearance by Benjamin C. Elacqua on behalf of Apple Inc. Attorney Benjamin C. Elacqua added to party Apple Inc(pty:dft) (Elacqua, Benjamin) (Entered: 10/07/2020) |
| 10/23/2020 | Ï 20 | RULE 7 DISCLOSURE STATEMENT filed by Neonode Smartphone LLC. (Graves, Philip) (Entered: 10/23/2020) |
| 10/23/2020 | Ï 21 | |

| | | |
|---|---|---|
| | | STATUS REPORT *Case Status Readiness Report* by Neonode Smartphone LLC. (Attachments: # 1 Attachment A, # 2 Attachment B)(Graves, Philip) (Entered: 10/23/2020) |
| 10/23/2020 | Ï 22 | Minute Entry for proceedings held before Judge Alan D Albright: Telephone Conference held on 10/23/2020. Case called for telephonic scheduling conference. Parties discuss commencing third party discovery – no depositions just documents. Per the Court the depositions should be held after the Markman Hearing. The Counsel for Samsung is fine with that however counsel for Apple would like to take deposition to discover which foreign entities are the correct ones. The Court will allow the discovery to take place for Apple, Inc. Apple also would like a deposition with the inventory Mr. Gertz regarding start date of the invention. The Court is allowing the plaintiff to have a deposition with the inventor. Plaintiff inquires whether only one deposition with the inventor. The Court states if the inventor is willing to voluntarily appear again for a second deposition. The Court will allow another deposition with the inventor if the inventor is agreeable. (Minute entry documents are not available electronically.) (Court Reporter Lily Reznik.)(bw) (Entered: 10/23/2020) |
| 10/26/2020 | Ï 23 | ORDER Setting Markman Hearing for 4/8/2021 09:00 AM before Judge Alan D Albright. Signed by Judge Alan D Albright. (bot4) (Entered: 10/27/2020) |
| 10/27/2020 | Ï 24 | MOTION to Appear Pro Hac Vice by Benjamin C. Elacqua *for Jared A. Smith* ( Filing fee $ 100 receipt number 0542–14119326) by on behalf of Apple Inc. (Elacqua, Benjamin) (Entered: 10/27/2020) |
| 10/28/2020 | Ï | Text Order GRANTING 24 Motion to Appear Pro Hac Vice for Attorney Jared A. Smith for Apple Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 10/28/2020) |
| 10/28/2020 | Ï 25 | MOTION to Appear Pro Hac Vice by Benjamin C. Elacqua *for Aamir A. Kazi* ( Filing fee $ 100 receipt number 0542–14122360) by on behalf of Apple Inc. (Elacqua, Benjamin) (Entered: 10/28/2020) |
| 10/29/2020 | Ï | Text Order GRANTING 25 Motion to Appear Pro Hac Vice for Attorney Aamir Kazi for Apple Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 10/29/2020) |
| 10/31/2020 | Ï 26 | Transcript filed of Proceedings held on October 23, 2020, Proceedings Transcribed: Telephonic Conference. Court Reporter/Transcriber: Lily I. Reznik, Telephone number: 512–391–8792 or Lily_Reznik@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this |

| | | |
|---|---|---|
| | | notice to parties not electronically noticed Redaction Request due 11/23/2020, Redacted Transcript Deadline set for 12/1/2020, Release of Transcript Restriction set for 1/29/2021, (lr) (Entered: 10/31/2020) |
| 11/05/2020 | ï 27 | MOTION to Transfer Case *(Apple Inc's Motion to Transfer Venue to the Northern District of California)* by Apple Inc. (Attachments: # 1 Exhibit A – Declaration of Betty Chen, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Proposed Order)(Chen, Betty) (Entered: 11/05/2020) |
| 11/05/2020 | ï 28 | Opposed MOTION to Stay *(Apple Inc.'s Opposed Motion to Stay Pending Transfer)* by Apple Inc. (Attachments: # 1 Proposed Order)(Chen, Betty) (Entered: 11/05/2020) |
| 11/06/2020 | ï 29 | STIPULATION *to Extend Time to File Proposed Scheduling Order* by Neonode Smartphone LLC. (Graves, Philip) (Entered: 11/06/2020) |
| 11/09/2020 | ï 30 | Updated Standing Order Governing Proceedings Patent Cases. Signed by Judge Alan D Albright. (jkda) (Entered: 11/10/2020) |
| 11/11/2020 | ï 31 | Proposed Scheduling Order by Neonode Smartphone LLC. (Graves, Philip) (Entered: 11/11/2020) |
| 11/12/2020 | ï 32 | Proposed Scheduling Order *Amended Proposed Scheduling Order* by Neonode Smartphone LLC. (Graves, Philip) (Entered: 11/12/2020) |
| 11/12/2020 | ï 33 | Response in Opposition to Motion, filed by Neonode Smartphone LLC, re 28 Opposed MOTION to Stay *(Apple Inc.'s Opposed Motion to Stay Pending Transfer)* filed by Defendant Apple Inc (Attachments: # 1 Exhibit A)(Graves, Philip) (Entered: 11/12/2020) |
| 11/12/2020 | ï 34 | MOTION for Discovery *Expedited Motion for Leave to Pursue Venue Discovery and to Defer Briefing Schedule Until Completion of Discovery* by Neonode Smartphone LLC. (Attachments: # 1 Proposed Order)(Shaw, Greer) (Entered: 11/12/2020) |
| 11/13/2020 | ï 35 | SCHEDULING ORDER: Markman Hearing set for 4/8/2021 09:00 AM before Judge Alan D Albright. Joinder of Parties due by 5/21/2021. Amended Pleadings due by 7/2/2021. Dispositive Motions due by 1/14/2022. Pretrial Conference set for 3/18/2022 before Judge Alan D Albright. Jury Selection and Trial set for 4/11/2022 before Judge Alan D Albright. Signed by Judge Alan D Albright. (bw) (Entered: 11/13/2020) |
| 11/20/2020 | ï 36 | STIPULATION *to Stay Case Pending Decision on Apple's Motion to Transfer* by Apple Inc. (Attachments: # 1 Proposed Order)(Chen, Betty) (Entered: 11/20/2020) |
| 11/23/2020 | ï 37 | NOTICE *of Withdrawal from Stipulation Regarding Venue Discovery* by Neonode Smartphone LLC re 36 Stipulation (Attachments: # 1 Exhibit 1, # 2 Proposed Order Proposed Order)(Shaw, Greer) (Entered: 11/23/2020) |
| 12/01/2020 | ï 38 | NOTICE *of Service of Venue Discovery* by Neonode Smartphone LLC (Shaw, Greer) (Entered: 12/01/2020) |
| 12/01/2020 | ï 39 | RESPONSE *to Neonode's Notice of Withdrawal from Stipulation* to 37 Notice (Other) by Apple Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Chen, Betty) (Entered: 12/01/2020) |
| 12/08/2020 | ï 40 | ORDER STAYING CASE PENDING COMPLETION OF VENUE DISCOVERY. Signed by Judge Alan D Albright. (bw) (Entered: 12/08/2020) |
| 02/02/2021 | ï 41 | NOTICE of Change of Address by Craig D. Cherry (Cherry, Craig) (Entered: 02/02/2021) |

| | | |
|---|---|---|
| 02/02/2021 | 42 | NOTICE of Change of Address by Justin Wayne Allen (Allen, Justin) (Entered: 02/02/2021) |
| 02/09/2021 | 43 | Opposed MOTION for Issuance of Letter Rogatory *Motion for Issuance of Letter of Request to Examine Persons, Inspect Documents and Inspect Property Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters* by Neonode Smartphone LLC. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Graves, Philip) (Entered: 02/09/2021) |
| 02/12/2021 | 46 | Standing Order Regarding Filing Documents Under Seal and Redacted Pleadings in Patent Cases. Signed by Judge Alan D Albright. as of 2/12/2021. (bot1) (Entered: 02/24/2021) |
| 02/16/2021 | 44 | RESPONSE to Motion, filed by Apple Inc, re 43 Opposed MOTION for Issuance of Letter Rogatory *Motion for Issuance of Letter of Request to Examine Persons, Inspect Documents and Inspect Property Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters* filed by Plaintiff Neonode Smartphone LLC (Attachments: # 1 Exhibit Attachment A, # 2 Exhibit 1, # 3 Exhibit 2)(Chen, Betty) (Entered: 02/16/2021) |
| 02/16/2021 | 45 | Unopposed MOTION for Extension of Time to Complete Discovery *Motion to Extend Venue Discovery Deadlines* by Neonode Smartphone LLC. (Attachments: # 1 Proposed Order)(Shaw, Greer) (Entered: 02/16/2021) |
| 03/05/2021 | 47 | ORDER GRANTING 45 Motion for Extension of Time to Complete Venue Discovery. New deadline is 3/19/2021. Signed by Judge Alan D Albright. (lad) (Entered: 03/05/2021) |
| 03/09/2021 | 48 | Unopposed MOTION *for Issuance of Letter of Request Pursuant to Hague Convention* by Apple Inc. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Elacqua, Benjamin) (Entered: 03/09/2021) |
| 03/09/2021 | 49 | ORDER GRANTING 43 Motion for Issuance of Letters Rogatory. Signed by Judge Alan D Albright. (Attachments: # 1 Signed Letter Rogatory # 2 Tracking Information # 3 Delivered Information) (bw). (Entered: 03/15/2021) |
| 03/18/2021 | 50 | ORDER GRANTING 48 Motion for Issuance of Letter of Request Pursuant to Hague Convention Signed by Judge Alan D Albright. (Attachments# 1 Signed Letter Rogatory # 2 Tracking Info) (bw). (Entered: 03/19/2021) |
| 03/23/2021 | 51 | ORDER RESETTING Zoom Markman Hearing for 4/1/2021 03:30 PM before Judge Alan D Albright. Signed by Judge Alan D Albright. (bot2) (Entered: 03/23/2021) |
| 04/02/2021 | 52 | Sealed Document: *Plaintiff's Opposition to Defendant's Motion to Transfer Venue to the Northern District of California* of 27 MOTION to Transfer Case *(Apple Inc's Motion to Transfer Venue to the Northern District of California)* by Neonode Smartphone LLC (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 18, # 4 Exhibit 19) (Shaw, Greer) (Entered: 04/02/2021) |
| 04/02/2021 | 53 | APPENDIX to 52 Sealed Document, by Neonode Smartphone LLC. (Attachments: # 1 Exhibit 1 (Declaration of Greer Shaw), # 2 Exhibit 4, # 3 Exhibit 5, # 4 Exhibit 6, # 5 Exhibit 7, # 6 Exhibit 8, # 7 Exhibit 9, # 8 Exhibit 10, # 9 Exhibit 11, # 10 Exhibit 12, # 11 Exhibit 13, # 12 Exhibit 14, # 13 Exhibit 15, # 14 Exhibit 16, # 15 Exhibit 17)(Shaw, Greer) (Entered: 04/02/2021) |
| 04/08/2021 | 54 | NOTICE of Change of Address by Craig D. Cherry (Cherry, Craig) (Entered: 04/08/2021) |
| 04/08/2021 | 55 | NOTICE of Change of Address by Justin Wayne Allen (Allen, Justin) (Entered: 04/08/2021) |
| 04/09/2021 | 56 | Response in Opposition to Motion, filed by Neonode Smartphone LLC, re 27 MOTION to Transfer Case *(Apple Inc's Motion to Transfer Venue to the Northern District of California)* filed by Defendant Apple Inc *PUBLIC VERSION* (Shaw, Greer) (Entered: 04/09/2021) |
| 04/12/2021 | 57 | Unopposed MOTION for Extension of Time to File Response/Reply *In Support of Apple Inc.'s Motion to Transfer Venue* by Apple Inc. (Attachments: # 1 Proposed Order)(Elacqua, Benjamin) (Entered: 04/12/2021) |

| | | |
|---|---|---|
| 04/13/2021 | Ï 58 | ATTACHMENT *(Proposed) Order* to 56 Response in Opposition to Motion, by Neonode Smartphone LLC. (Shaw, Greer) (Entered: 04/13/2021) |
| 04/23/2021 | Ï 59 | Sealed Document: Apple Inc. Reply in Support of Motion to Transfer by Apple Inc (Attachments: # 1 Exhibit A, # 2 Exhibit C) (Chen, Betty) (Entered: 04/23/2021) |
| 04/23/2021 | Ï 60 | APPENDIX to 59 Sealed Document by Apple Inc. (Attachments: # 1 Exhibit B, # 2 Exhibit D, # 3 Exhibit E)(Chen, Betty) (Entered: 04/23/2021) |
| 04/30/2021 | Ï 61 | Redacted Copy *Apple Inc.'s Reply ISO Motion to Transfer* of 59 Sealed Document by Apple Inc. (Chen, Betty) (Entered: 04/30/2021) |
| 06/16/2021 | Ï 62 | Standing Order regarding Scheduling Order. Signed by Judge Alan D Albright. (Entered: 06/17/2021) |
| 06/16/2021 | Ï 63 | Standing Order regarding Scheduling Order. Signed by Judge Alan D Albright. (Entered: 06/17/2021) |
| 06/30/2021 | Ï 64 | ADVISORY TO THE COURT from Stockholm District Court re 49 and 50 Letters Rogatory. Additional information requested. (lad) (Entered: 06/30/2021) |
| 07/18/2021 | Ï | Text Order GRANTING 57 Unopposed Motion for Extension of Time to File Response/Reply entered by Judge Alan D Albright. The deadline for Apple to file its Reply in Support of the Motion to Transfer Venue is extended to April 23, 2021 (This is a text−only entry generated by the court. There is no document associated with this entry.) (JZ) (Entered: 07/18/2021) |
| 07/18/2021 | Ï | Text Order MOOTING 28 Motion to Stay in view of 36 STIPULATION to Stay Case Pending Decision on Apple's Motion to Transfer. Entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (JZ) (Entered: 07/18/2021) |
| 07/18/2021 | Ï | Text Order MOOTING 34 Motion for Discovery in view of 36 STIPULATION to Stay Case Pending Decision on Apple's Motion to Transfer. Entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (JZ) (Entered: 07/18/2021) |
| 07/19/2021 | Ï 65 | ***VACATED per 75 *** ORDER DENYING 27 Motion to Transfer Case Signed by Judge Alan D Albright. (ab4) Modified on 11/15/2021 (lad). (Entered: 07/19/2021) |
| 08/11/2021 | Ï 66 | STIPULATION *To Stay Case Pending Final Written Decisions in Certain Inter Partes Review Proceedings* by Apple Inc. (Attachments: # 1 Proposed Order)(Chen, Betty) (Entered: 08/11/2021) |
| 09/01/2021 | Ï 67 | Opposed MOTION for Issuance of Letter Rogatory *Motion for Issuance of an Amended Letter of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, and Response to the Stockholm District Courts Advisory Letter* by Neonode Smartphone LLC. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Graves, Philip) (Entered: 09/01/2021) |
| 09/03/2021 | Ï 68 | Opposed MOTION for Issuance of Letter Rogatory *Amended Motion for Issuance of an Amended Letter of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, and Response to the Stockholm District Courts Advisory Letter* by Neonode Smartphone LLC. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Graves, Philip) (Entered: 09/03/2021) |
| 09/07/2021 | Ï 69 | ***VACATED PER ORDER 72 *** ORDER: Letter Rogatory, GRANTING 68 Motion for Issuance of Letters Rogatory. Original mailed to requesting atty via USPS CM 70081830000460366693. Signed by Judge Alan D Albright. (lad) (Entered: 09/09/2021) |

| | | |
|---|---|---|
| 09/09/2021 | Ï 70 | Response in Opposition to Motion, filed by Apple Inc, re 68 Opposed MOTION for Issuance of Letter Rogatory *Amended Motion for Issuance of an Amended Letter of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercia filed by Plaintiff Neonode Smartphone LLC* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Proposed Order)(Chen, Betty) (Entered: 09/09/2021) |
| 09/10/2021 | Ï 71 | REPLY to Response to Motion, filed by Neonode Smartphone LLC, re 68 Opposed MOTION for Issuance of Letter Rogatory *Amended Motion for Issuance of an Amended Letter of Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercia filed by Plaintiff Neonode Smartphone LLC* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Graves, Philip) (Entered: 09/10/2021) |
| 09/10/2021 | Ï 72 | ORDER Vacating 69 Order on Motion for Issuance of Letters Rogatory. Original of 69 not sent to requesting atty. Signed by Judge Alan D Albright. (lad) (Entered: 09/13/2021) |
| 09/20/2021 | Ï 73 | Text Order GRANTING 68 Motion for Issuance of Letters Rogatory entered by Judge Alan D Albright. Having considered the parties' briefing, the Court finds that Plaintiff's revised Amended Letter of Request and Response to the Stockholm District Courts Advisory Letter (ALOR) attached as Exhibit A to ECF No. 71 is sufficient. The ALOR will be entered in a separate order and the original copy will be transmitted to Plaintiff's counsel of record as requested, who will then transmit the ALOR to the appropriate Swedish authority. (This is a text−only entry generated by the court. There is no document associated with this entry.) (JZ) Signed Letter Rogatory attached and original sent to requesting atty, Philip J. Graves via USPS CM#70081830000460366723 (lad). (Additional attachment(s) added on 10/4/2021: # 1 CM receipt) (lad). (Entered: 09/20/2021) |
| 10/08/2021 | Ï 74 | Standing Order Regarding Order Governing Proceedings Patent Cases. Signed by Judge Alan D Albright. (Entered: 10/13/2021) |
| 11/15/2021 | Ï 75 | FEDERAL CIRCUIT ORDER granting Petition for Writ of Mandamus filed by Petitioner Apple Inc. The district courts July 19, 2021 order is vacated, and the district court is directed to transfer this matter to the United States District Court for the Northern District of California.(lad). (Entered: 11/15/2021) |
| 11/16/2021 | Ï 76 | ORDER Transferring Case to United States District Court for the Northern District of California. Signed by Judge Alan D Albright. (jc5) (Entered: 11/16/2021) |
| 11/16/2021 | Ï | Case transferred to District of Northern California. (jc5) (Entered: 11/16/2021) |