Philip J. Graves
(SBN 153441 | philipg@hbsslaw.com)
Greer N. Shaw
(SBN 197960 | greers@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile:  (213) 330-7152

Craig D. Cherry
(SBN 24012419 | craig@swclaw.com)
Justin W. Allen
(SBN 24081977 | justin@swclaw.com)
STECKLER WAYNE COCHRAN CHERRY
8416 Old McGregor Road
Waco, Texas  76712
Telephone: (254) 651-3690

Attorneys for Plaintiff NEONODE SMARTPHONE LLC

Benjamin C. Elacqua
(TX SBN 24055443 | elacqua@fr.com)
Kathryn A. Quisenberry
(TX SBN 24105639 | quisenberry@fr.com)
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: 713-654-5300
Facsimile: 713-652-0109

Betty Chen
(SBN 290588 | bchen@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Telephone: 650-839-5070
Facsimile: 650-839-5071

Attorneys for Defendant APPLE INC.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case No. 3:21-cv-8872-EC<br><br>**JOINT NOTICE OF CASE STATUS**<br><br>District Judge: Hon. Edward M. Chen<br>Magistrate Judge: Hon. Laurel Beeler<br><br>Hearing Date:　March 22, 2022<br>Hearing Time:　1:30 PM<br>Courtroom:　　Zoom webinar<br>Judge:　　　　Hon. Edward M. Chen |

　　　Plaintiff Neonode Smartphone, LLC ("Neonode") and Defendant Apple Inc. ("Apple") (jointly, the "Parties") file this joint notice of case status to notify the Court that they had previously agreed in the transferor court to a partial stay of this case pending final written decisions in certain *Inter Partes Review* proceedings relating to the patents-in-suit.

On August 11, 2021, the Parties filed a Stipulation to Stay Case Pending Final Written Decision in Certain *Inter Partes Review* Proceedings (the "Stipulation", attached hereto as Exhibit A) while the matter was before the Western District of Texas. Civ. No. 6:20-cv-00505, Dkt. No. 66 (W.D. Tex. Aug. 11, 2021). The Stipulation states that the Parties agree to stay the case, with the exception of any work related to discovery in Sweden, pending the final written decision in IPR2021-00145 and, if rehearing is granted in IPR2021-00144, a final written decision in IPR2021-00144. Rehearing was granted in IPR2021-00144 on December 3, 2021.

The Parties respectfully request that the Court take notice of the Stipulation and remove all deadlines from the docket.

Dated: December 15, 2021

Respectfully submitted,

By: */s/ Philip J. Graves*
    Philip J. Graves

Philip J. Graves
(SBN 153441 | philipg@hbsslaw.com)
Greer N. Shaw
(SBN 197960 | greers@hbsslaw.com)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152

Craig D. Cherry
(SBN 24012419 | craig@swclaw.com)
Justin W. Allen
(SBN 24081977 | justin@swclaw.com)
STECKLER WAYNE COCHRAN CHERRY
8416 Old McGregor Road
Waco, Texas 76712
Telephone: (254) 651-3690

Attorneys for Plaintiff NEONODE SMARTPHONE LLC

By: */s/ Betty Chen*
    Betty Chen

Benjamin C. Elacqua
(TX SBN 24055443 | elacqua@fr.com)
Kathryn A. Quisenberry
(TX SBN 24105639 | quisenberry@fr.com)
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: 713-654-5300
Facsimile: 713-652-0109

Betty Chen
(SBN 290588 | bchen@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Telephone: 650-839-5070
Facsimile: 650-839-5071

Attorneys for Defendant APPLE INC.