# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| NEONODE SMARTPHONE LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 6:20-cv-00505 |
| | § | |
| APPLE INC., | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |

### STIPULATION TO STAY CASE PENDING FINAL WRITTEN DECISIONS IN CERTAIN INTER PARTES REVIEW PROCEEDINGS

Plaintiff Neonode Smartphone LLC ("Neonode") and Defendant Apple Inc. ("Apple") (collectively, "Parties") hereby stipulate to stay this case, with the exception of any work related to discovery in Sweden, pending the final written decision in IPR2021-00145 and, if rehearing is granted in IPR2021-00144, a final written decision in IPR2021-00144.[1]

On November 6, 2020, Apple and Samsung (collectively, "Petitioners") jointly filed IPR2021-00144 against U.S. Patent No. 8,095,879 and IPR2021-00145 against U.S. Patent No. 8,812,993. On June 15, 2021, the Patent Trial and Appeal Board ("PTAB") denied institution on IPR2021-00144, and on June 16, 2021, it granted institution for IPR2021-00145. On July 15, 2021, Petitioners filed a rehearing request at the PTAB in IPR2021-00144, which is pending.

---

[1] Neonode and Samsung intend to file a similar stipulation to stay in *Neonode Smartphone LLC v. Samsung Electronics Co. Ltd., et al.*, Case No. 6:20-cv-00507-ADA (W.D.Tex.), which involve the same patents.

Date: August 11, 2021

Respectfully submitted,

| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP | FISH & RICHARDSON P.C. |
| /s/ Philip J. Graves | /s/ Betty Chen |
| Philip J. Graves<br>(CA State Bar No. 153441)<br>Email: philipg@hbsslaw.com<br>Greer N. Shaw<br>(CA State Bar No. 197960)<br>Email: greers@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>301 North Lake Avenue, Suite 920<br>Pasadena, CA 91101<br>Telephone: (213) 330-7150 | By: Benjamin C. Elacqua<br>Texas Bar Number 24055443<br>elacqua@fr.com<br>Kathryn A. Quisenberry<br>Texas Bar Number 24105639<br>quisenberry@fr.com<br>FISH & RICHARDSON P.C.<br>1221 McKinney Street, Suite 2800<br>Houston, TX 77010<br>Telephone: 713-654-5300<br>Facsimile: 713-652-0109 |
| Craig D. Cherry<br>(State Bar No. 24012419)<br>craig@swclaw.com<br>Justin W. Allen<br>(State Bar No. 24081977)<br>justin@swclaw.com<br>STECKLER WAYNE COCHRAN CHERRY<br>8416 Old McGregor Road Waco, Texas 76712 Telephone: (254) 651-3690 | Betty Chen<br>Texas Bar Number 24056720<br>bchen@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: 650-839-5070<br>Facsimile: 650-839-5071 |
| **COUNSEL FOR PLAINTIFF NEONODE SMARTPHONE LLC** | Jared A. Smith (admitted *Pro Hac Vice*) California Bar No. 306576<br>jasmith@fr.com<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Telephone: 858-678-5070<br>Facsimile: 858-678-5099 |
| | **COUNSEL FOR DEFENDANT APPLE INC.** |

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above document was served on August 11, 2021 to all counsel of record via ECF.

> /s/ Betty Chen
> Betty Chen