1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No. 3:21-cv-08872-EMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S UNOPPOSED MOTION FOR ISSUANCE OF LETTER RESPONDING TO THE STOCKHOLM DISTRICT COURT'S MARCH 31, 2022 LETTER<br><br>Hearing Date:   May 26, 2022<br>Hearing Time:   1:30 p.m.<br>Courtroom:      5, 17th Floor<br>Judge:          Edward M. Chen |

Before the Court is Defendant Apple Inc.'s Unopposed Motion for Issuance of Letter Responding to the Stockholm District Court's March 31, 2022 Letter ("Motion"). After consideration of the Motion, and good cause having been shown, the Court hereby GRANTS the Motion. The Court will execute the Proposed Letter attached to the Motion as Exhibit A with the Court's signature and seal, and provide an original of the executed letter to Apple's counsel of record that Apple's counsel will then transmit to the Stockholm District Court.

IT IS SO ORDERED.

Dated: __April 22_____, 2022

_____
Hon. Edward M. Chen
United States District Court Judge