**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEONODE SMARPTPHONE LLC,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 3:21-cv-08872-EMC<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF NEONODE SMARTPHONE LLC'S NOTICE OF SUBSTITUTION OF COUNSEL AND MOTION FOR WITHDRAWAL OF HAGENS BERMAN SOBOL SHAPIRO LLP** |

Before the Court is Plaintiff Neonode Smartphone LLC's Notice of Substitution of Counsel. After consideration of this Notice, and good cause having been shown, the Court ORDERS that Graves & Shaw LLP be entered as substitute counsel for Neonode Smartphone LLC in the above-captioned action, and that Hagens Berman Sobol Shapiro LLP be withdrawn as counsel of record for Neonode Smartphone LLC effective as of this date.

DATED:   June 17, 2022

By: _____
JUDGE OF THE UNITED STATES DISTRICT COURT