| | |
|---|---|
| Philip J. Graves<br>(SBN 153441 \| pgraves@gravesshaw.com)<br>Greer N. Shaw<br>(SBN 197960 \| gshaw@gravesshaw.com<br>GRAVES & SHAW LLP<br>355 S. Grand Ave., Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 204-5101<br><br>Craig D. Cherry<br>(SBN 24012419 \| craig@swclaw.com)<br>Justin W. Allen<br>(SBN 24081977 \| justin@swclaw.com)<br>STECKLER WAYNE CHERRY LOVE<br>8416 Old McGregor Road<br>Waco, Texas 76712<br>Telephone: (254) 651-3690<br><br>Attorneys for Plaintiff NEONODE SMARTPHONE LLC | Benjamin C. Elacqua<br>(TX SBN 24055443 \| elacqua@fr.com)<br>Kathryn A. Quisenberry<br>(TX SBN 24105639 \| quisenberry@fr.com)<br>FISH & RICHARDSON P.C.<br>1221 McKinney Street, Suite 2800<br>Houston, TX 77010<br>Telephone: 713-654-5300<br>Facsimile: 713-652-0109<br><br>Betty Chen<br>(SBN 290588 \| bchen@fr.com)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 400<br>Redwood City, CA 94063<br>Telephone: 650-839-5070<br>Facsimile: 650-839-5071<br><br>Attorneys for Defendant APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>          Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>          Defendants. | No. 3:21-cv-08872-EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

The parties jointly submit this Joint Case Management Statement and Rule 26(f) Report pursuant to Civil L.R. 16-9, Federal Rule of Civil Procedure 26(f), Patent Local Rule 2-1(b), the Standing Order for All Judges of the Northern District of California – Contents of Joint Management Statement, and Judge Chen's Order dated March 16, 2022 (Dkt. No. 86).

The Parties submit this Case Management Statement in order to apprise the Court of material developments that have occurred since the Case Management Statement previously submitted by the Parties on March 15, 2022 (Dkt. No. 85).

On June 2, 2022, Plaintiff took the testimony under oath of Magnus Goertz, the sole named inventor on the two patents in suit, U.S. Patent No. 8,095,879 (the "'879 Patent"), and U.S. Patent No. 8,812,993 (the "'993 Patent").  On June 3, 2022, Plaintiff took the testimony under oath of Thomas Erikssen, a former officer of Neonode, Inc. and of predecessors in interest of Neonode, Inc. Both of these interrogations were performed in Stockholm District Court, and written transcripts of the resulting testimony were obtained.

On June 15, 2022, the Patent Trials and Appeals Board ("PTAB") issued a Final Written Decision in IPR2021-00145, pertaining to the '993 Patent, finding all challenged claims unpatentable.  The time to file a notice of appeal concerning this judgment has not yet expired.

IPR2021-00144, pertaining to the '879 Patent, is still pending.

The Parties remind the Court that on December 15, 2021, Apple filed a Joint Notice of Case Status (Dkt. No. 83) notifying the Court that the Parties had previously agreed in the transferor court (the U.S. District Court for the Western District of Texas) to a partial stay of this case pending final written decisions in certain Inter Partes Review proceedings relating to the patents-in-suit, which proceedings are ongoing.  The Parties requested that this Court take notice of the stipulation and remove all deadlines from the docket.  The Parties respectfully renew their request that the Court remove all deadlines, including the case management conference date, from the docket pending resolution of the specific IPR proceedings, including IPR2021-00144, identified in the Joint Notice.

Respectfully submitted,

By: */s/ Philip Graves*
Philip J. Graves (SBN 153441)
Email: pgraves@gravesshaw.com
Greer N. Shaw (SBN 197960)
Email: gshaw@gravesshaw.com
GRAVES & SHAW LLP
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101

*Counsel for Plaintiff Neonode Smartphone LLC*

By: */s/ Betty Chen*
Betty Chen
Texas Bar Number 24056720
bchen@fr.com
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: 650-839-5070
Facsimile: 650-839-5071

Benjamin C. Elacqua
Texas Bar Number 24055443
elacqua@fr.com
Kathryn A. Quisenberry
Texas Bar Number 24105639
quisenberry@fr.com
Fish & Richardson P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: 713-654-5300
Facsimile: 713-652-0109

Jared A. Smith (SBN 306576)
jasmith@fr.com
Fish & Richardson P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: 858-678-5070
Facsimile: 858-678-5099

Aamir A. Kazi
Fish & Richardson P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 90309
(404) 892-5005
Fax: (404) 892-5002
Email: kazi@fr.com

*Counsel for Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 19, 2022, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, using this Court's Electronic Case Filing (ECF) system.

/s/ Philip Graves
Philip Graves

JOINT CASE MANAGEMENT STATEMENT - 1
Case No.: 21-cv-08872-EMC