| | |
|---|---|
| Philip J. Graves<br>(SBN 153441 \| pgraves@gravesshaw.com)<br>Greer N. Shaw<br>(SBN 197960 \| gshaw@gravesshaw.com<br>GRAVES & SHAW LLP<br>355 S. Grand Ave., Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 204-5101 | Benjamin C. Elacqua<br>(TX SBN 24055443 \| elacqua@fr.com)<br>Kathryn A. Quisenberry<br>(TX SBN 24105639 \| quisenberry@fr.com)<br>FISH & RICHARDSON P.C.<br>1221 McKinney Street, Suite 2800<br>Houston, TX 77010<br>Telephone: 713-654-5300<br>Facsimile: 713-652-0109 |
| Craig D. Cherry<br>(SBN 24012419 \| craig@swclaw.com)<br>Justin W. Allen<br>(SBN 24081977 \| justin@swclaw.com)<br>STECKLER WAYNE CHERRY LOVE<br>8416 Old McGregor Road<br>Waco, Texas 76712<br>Telephone: (254) 651-3690 | Betty Chen<br>(SBN 290588 \| bchen@fr.com)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 400<br>Redwood City, CA 94063<br>Telephone: 650-839-5070<br>Facsimile: 650-839-5071 |
| Attorneys for Plaintiff NEONODE SMARTPHONE LLC | Attorneys for Defendant APPLE INC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>    Defendants. | Case No. 3:21-cv-08872-EMC<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

    I, Brian D. Melton, an active member in good standing of the bar of the State of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Neonode Smartphone, LLC in the above-entitled action. My local co-counsel in this case is Kalpana Srinivasan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 237460.

| 1000 Louisiana Street, Suite 5100 | 1900 Avenue of the Stars, Suite 1400 |
| Houston, Texas 77002 | Los Angeles, California 90067 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |

| 713-651-9366 | 310-789-3100 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |

| bmelton@susmangodfrey.com | ksrinivasan@susmangodfrey.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24010620.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 2, 2023                    /s/ Brian D. Melton
                                       APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brian D. Melton is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 6, 2023



_____
UNITED STATES JUDGE