| | |
|---|---|
| Philip J. Graves<br>(SBN 153441 \| pgraves@gravesshaw.com)<br>Greer N. Shaw<br>(SBN 197960 \| gshaw@gravesshaw.com<br>GRAVES & SHAW LLP<br>355 S. Grand Ave., Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 204-5101 | Benjamin C. Elacqua<br>(TX SBN 24055443 \| elacqua@fr.com)<br>Kathryn A. Quisenberry<br>(TX SBN 24105639 \| quisenberry@fr.com)<br>FISH & RICHARDSON P.C.<br>1221 McKinney Street, Suite 2800<br>Houston, TX 77010<br>Telephone: 713-654-5300<br>Facsimile: 713-652-0109 |
| Craig D. Cherry<br>(SBN 24012419 \| craig@swclaw.com)<br>Justin W. Allen<br>(SBN 24081977 \| justin@swclaw.com)<br>STECKLER WAYNE CHERRY LOVE<br>8416 Old McGregor Road<br>Waco, Texas 76712<br>Telephone: (254) 651-3690 | Betty Chen<br>(SBN 290588 \| bchen@fr.com)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 400<br>Redwood City, CA 94063<br>Telephone: 650-839-5070<br>Facsimile: 650-839-5071 |
| Attorneys for Plaintiff NEONODE SMARTPHONE LLC | Attorneys for Defendant APPLE INC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>       Defendants. | Case No. 3:21-cv-08872-EMC<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

    I, <u>Bryce T. Barcelo</u>, an active member in good standing of the bar of <u>the State of Texas</u>, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: <u>Neonode Smartphone, LLC.</u> in the above-entitled action. My local co-counsel in this case is <u>Kalpana Srinivasan</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: <u>237460</u>.

| | |
|---|---|
| 1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002 | 1900 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 713-651-9366 | 310-789-3100 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| bbarcelo@susmangodfrey.com | ksrinivasan@susmangodfrey.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>24092081</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 2, 2023                                         /s/ Bryce T. Barcelo
                                                                          APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of <u>Bryce T. Barcelo</u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 6, 2023



UNITED STATES DISTRICT MAGISTRATE JUDGE