Philip J. Graves
(SBN 153441 | graves@gravesshaw.com)
Greer N. Shaw
(SBN 197960 | gshaw@gravesshaw.com)
GRAVES & SHAW LLP
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101

Craig D. Cherry
(SBN 24012419 | craig@swclaw.com)
Justin W. Allen
(SBN 24081977 | justin@swclaw.com)
STECKLER WAYNE CHERRY LOVE
8416 Old McGregor Road
Waco, Texas 76712
Telephone: (254) 651-3690

Kalpana Srinivasan
(SBN 237460 | ksrinivasan@susmangodfrey.com)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100

Brian D. Melton
SUSMAN GODFREY L.L.P.
*(Admitted PHV* | bmelton@susmangodfrey.com)
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366

Attorneys for Plaintiff NEONODE
SMARTPHONE LLC

Benjamin C. Elacqua
(TX SBN 24055443 | elacqua@fr.com)
Kathryn A. Quisenberry
(TX SBN 24105639 | quisenberry@fr.com)
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: (713) 654-5300

Betty Chen
(SBN 290588 | bchen@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Telephone: (650) 839-5070

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　　　Defendants. | No. 3:21-cv-08872-EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

JOINT CASE MANAGEMENT STATEMENT
Case No.: 3:21-cv-08872-EMC

1    The parties jointly submit this Joint Case Management Statement and Rule 26(f) Report pursuant to Civil L.R. 16-9, Federal Rule of Civil Procedure 26(f), Patent Local Rule 2-1(b), the Standing Order for All Judges of the Northern District of California – Contents of Joint Management Statement, and Judge Chen's Order dated July 20, 2022 (Dkt. No. 97).

The Parties submit this Case Management Statement in order to apprise the Court of material developments that have occurred since the Case Management Statement previously submitted by the Parties on July 19, 2022 (Dkt. No. 96).

There are two patents asserted in this case, U.S. Patent No. 8,095,879 (the "'879 Patent") and U.S. Patent No. 8,812,993 (the "'993 Patent").

On June 15, 2022, the Patent Trials and Appeals Board ("PTAB") issued a Final Written Decision in IPR2021-00145, pertaining to the '993 Patent, finding all challenged claims unpatentable. Neonode appealed this decision, and the parties are awaiting oral argument.

On December 15, 2022, the PTAB issued a Final Written Decision in IPR2021-00144, pertaining to the '879 Patent, finding all challenged claims not unpatentable. Apple has appealed this decision, and the parties are in the briefing stage.

On January 11, 2023, the PTAB issued a Final Written Decision in IPR2021-01041, pertaining to the '879 Patent, finding all challenged claims not unpatentable. Google has appealed this decision.

The Parties remind the Court that on December 15, 2021, Apple filed a Joint Notice of Case Status (Dkt. No. 83) notifying the Court that the Parties had previously agreed in the transferor court (the U.S. District Court for the Western District of Texas) to a partial stay of this case pending final written decisions in certain IPR proceedings relating to the patents-in-suit.

The Parties then requested this Court continue the stay pending resolution of the IPR proceedings (Dkt. No. 96). The Court granted the request and set a Case Management Conference for July 25, 2023 (Dkt. No. 97).

The Parties respectfully request that the Court continue the stay and remove all deadlines, including the July 25, 2023 Case Management Conference, from the docket pending resolution of the IPR appeals identified in this Joint Case Management Statement. The parties agree to update the Court upon resolution of each of the IPR appeals.

JOINT CASE MANAGEMENT STATEMENT
Case No.: 3:21-cv-08872-EMC

1  Respectfully submitted,

2  By: */s/ Kalpana Srinivasan*
Philip J. Graves (SBN 153441)
3  Email: philipg@hbsslaw.com
Greer N. Shaw (SBN 197960)
4  Email: greers@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
5  301 North Lake Avenue, Suite 920
Pasadena, CA 91101
6  Telephone: (213) 330-7150
Facsimile:  (213) 330-7152
7
Kalpana Srinivasan (SBN 237460)
8  Email: ksrinivasan@susmangodfrey.com
SUSMAN GODFREY L.L.P.
9  1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029)
10  Telephone: (310) 789-3100
Facsimile:  (310) 789-3150
11
Brian D. Melton (*Admitted PHV*)
12  Email: bmelton@susmangodfrey.com
SUSMAN GODFREY L.L.P.
13  1000 Louisiana Street, Suite 5100
Houston, Texas 77002
14  Telephone: (713) 651-9366
Facsimile:  (713) 654-6666
15
*Counsel for Plaintiff Neonode Smartphone LLC*

By: */s/ Benjamin Elacqua*
Betty Chen (TX SBN 24056720)
Email: bchen@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Benjamin C. Elacqua (TX SBN 24055443)
Email: elacqua@fr.com
Kathryn A. Quisenberry (TX SNB 24105639)
Email: quisenberry@fr.com
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile:  (713) 652-0109

Jared A. Smith (SBN 306576)
Email: jasmith@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099

Aamir A. Kazi (GA SBN 104235)
Email: kazi@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 90309
Telephone: (404) 892-5005
Fax:          (404) 892-5002

*Counsel for Defendant Apple Inc.*

JOINT CASE MANAGEMENT STATEMENT
Case No.: 3:21-cv-08872-EMC

**CERTIFICATE OF SERVICE**

The undersigned certifies that on 11th day of July 2023, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, using this Court's Electronic Case Filing (ECF) system.

      /s/   Kalpana Srinivasan