Philip J. Graves
(SBN 153441 | pgraves@gravesshaw.com)
Greer N. Shaw
(SBN 197960 | gshaw@gravesshaw.com)
GRAVES & SHAW LLP
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101

Kalpana Srinivasan
(SBN 237460 | ksrinivasan@susmangodfrey.com)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150

Brian D. Melton
SUSMAN GODFREY L.L.P.
(*Admitted PHV* | bmelton@susmangodfrey.com)
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile:  (713) 654-6666

Attorneys for Plaintiff NEONODE SMARTPHONE LLC

Benjamin C. Elacqua
(TX SBN 24055443 | elacqua@fr.com)
Kathryn A. Quisenberry
(TX SBN 24105639 | quisenberry@fr.com)
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile:  (713) 652-0109

Jared A. Smith
(SBN 306576 | jasmith@fr.com)
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099

Aamir A. Kazi
(*Admitted PHV* | kazi@fr.com)
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 90309
Telephone: (404) 892-5005
Facsimile:  (404) 892-5002

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　　Defendants. | No.  3:21-cv-08872-EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

The parties jointly submit this Joint Case Management Statement and Rule 26(f) Report pursuant to Civil L.R. 16-9, Federal Rule of Civil Procedure 26(f), Patent Local Rule 2-1(b), the Standing Order for All Judges of the Northern District of California – Contents of Joint Management Statement, and Judge Chen's Order dated July 20, 2022 (Dkt. No. 97).

1   The Parties submit this Case Management Statement in order to apprise the Court of material developments that have occurred since the Case Management Statement previously submitted by the Parties on July 19, 2022 (Dkt. No. 96), July 11, 2023 (Dkt. No. 105), and October 17, 2023 (Dkt. No. 110).

There are two patents asserted in this case, U.S. Patent No. 8,095,879 (the "'879 Patent") and U.S. Patent No. 8,812,993 (the "'993 Patent").

On June 15, 2022, the Patent Trials and Appeals Board ("PTAB") issued a Final Written Decision in IPR2021-00145, pertaining to the '993 Patent, finding all challenged claims unpatentable. Neonode appealed this decision, and the parties are awaiting oral argument.

On December 15, 2022, the PTAB issued a Final Written Decision in IPR2021-00144, pertaining to the '879 Patent, finding all challenged claims not unpatentable. Apple has appealed this decision, and the parties are awaiting oral argument.

On January 11, 2023, the PTAB issued a Final Written Decision in IPR2021-01041, pertaining to the '879 Patent, finding all challenged claims not unpatentable. Google has appealed this decision, and the parties are awaiting oral argument.

On July 14, 2023, the U.S. District Court for the Western District of Texas issued a Memorandum in Support of Claim Construction Order finding the sole independent claim of the '879 Patent to be indefinite. The court entered final judgment on August 2, 2023. Neonode has appealed this decision, and the parties are in the briefing stage.

The Parties remind the Court that on December 15, 2021, Apple filed a Joint Notice of Case Status (Dkt. No. 83) notifying the Court that the Parties had previously agreed in the transferor court (the U.S. District Court for the Western District of Texas) to a partial stay of this case pending final written decisions in certain IPR proceedings relating to the patents-in-suit.

The Parties then requested this Court continue the stay pending resolution of the IPR proceedings (Dkt. No. 96). The Court granted the request and set a Case Management Conference for July 25, 2023 (Dkt. No. 97). The Court then continued the Case Management Conference until October 31, 2023 (Dkt. No. 106). The Court then continued the Case Management Conference again until February 6, 2024 (Dkt. No. 111).

JOINT CASE MANAGEMENT STATEMENT
Case No.: 21-cv-08872-EMC

The Parties respectfully request that the Court continue the stay and remove all deadlines, including the February 6, 2024 Case Management Conference, from the docket pending resolution of the appeals identified in this Joint Case Management Statement, including the IPR appeals and the claim construction appeal from the Western District of Texas. The parties agree to update the Court upon resolution of each of the appeals.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Kalpana Srinivasan*<br>Philip J. Graves (SBN 153441)<br>Telephone: (213) 330-7147<br>Email: philipg@hbsslaw.com<br>Greer N. Shaw (SBN 197960)<br>Telephone: (213) 330-7145<br>Email: greers@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>301 North Lake Avenue, Suite 920<br>Pasadena, CA 91101<br>Facsimile: (213) 330-7152 | By: */s/ Benjamin Elacqua*<br>Benjamin C. Elacqua (TX SBN 24055443)<br>Email: elacqua@fr.com<br>Kathryn A. Quisenberry (TX SBN 4105639)<br>Email: quisenberry@fr.com<br>FISH & RICHARDSON P.C.<br>1221 McKinney Street, Suite 2800<br>Houston, TX 77010<br>Telephone: (713) 654-5300<br>Facsimile: (713) 652-0109 |
| Kalpana Srinivasan (SBN 237460)<br>Email: ksrinivasan@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067-6029<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150 | Jared A. Smith (SBN 306576)<br>Email: jasmith@fr.com<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099 |
| Brian D. Melton (*Admitted PHV*)<br>SUSMAN GODFREY L.L.P.<br>Email: bmelton@susmangodfrey.com<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666 | Aamir A. Kazi (*Admitted PHV*)<br>Email: kazi@fr.com<br>FISH & RICHARDSON P.C.<br>1180 Peachtree Street NE, 21st Floor<br>Atlanta, GA 90309<br>Telephone: (404) 892-5005<br>Facsimile: (404) 892-5002 |
| *Counsel for Plaintiff Neonode Smartphone LLC* | *Counsel for Defendant Apple Inc.* |

# CERTIFICATE OF SERVICE

The undersigned certifies that on the 23rd day of January 2024, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, using this Court's Electronic Case Filing (ECF) system.

/s_____ *Kalpana Srinivasan*_____