UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE INC,<br><br>　　　　Defendants. | Case No. 21-cv-08872-EMC<br><br>**ORDER CONTINUING STAY AND REMOVING ALL DEADLINES**<br><br>Docket No. 112 |

　　In light of the pending appeals regarding decisions by the Patent Trials and Appeals Board and the U.S. District Court for the Western District of Texas the Court grants parties' joint request to continue the stay in this action. Docket No. 112. All deadlines are removed including the February 6, 2024, Case Management Conference. The parties shall update the Court upon resolution of the aforementioned appeals.

**IT IS SO ORDERED**.

Dated: January 27, 2024

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　United States District Judge