Philip J. Graves
(SBN 153441 | pgraves@gravesshaw.com)
Greer N. Shaw
(SBN 197960 | gshaw@gravesshaw.com)
GRAVES & SHAW LLP
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101

Kalpana Srinivasan
(SBN 237460 | ksrinivasan@susmangodfrey.com)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150

Brian D. Melton
SUSMAN GODFREY L.L.P.
(*Admitted PHV* | bmelton@susmangodfrey.com)
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for Plaintiff NEONODE SMARTPHONE LLC

Benjamin C. Elacqua
(TX SBN 24055443 | elacqua@fr.com)
Kathryn A. Quisenberry
(TX SBN 24105639 | quisenberry@fr.com)
FISH & RICHARDSON P.C.
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

Jared A. Smith
(SBN 306576) | jasmith@fr.com)
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Aamir A. Kazi
(*Admitted PHV* | kazi@fr.com)
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 90309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>        Defendants. | No.  3:21-cv-08872-EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

JOINT CASE MANAGEMENT STATEMENT
CASE NO: 21-cv-08872-EMC

1    Plaintiff Neonode Smartphone LLC ("Neonode") and defendant Apple Inc. ("Apple") jointly submit this Joint Case Management Statement pursuant to this Court's Order dated January 27, 2024, Dkt. No. 113.

On January 27, 2024, this Court entered an order continuing the stay in this action pending resolution of appeals from (i) Final Written Decisions entered in three IPRs concerning the two patents at issue in this action, and (ii) judgment entered in co-pending litigation venued in the United States District Court for the Western District of Texas concerning one of the patents at issue in this action. The Court instructed the parties to update the Court upon resolution of these appeals.

These appeals have now all been resolved, as set forth below.

There are two patents asserted in this case, U.S. Patent No. 8,095,879 (the "'879 Patent") and U.S. Patent No. 8,812,993 (the "'993 Patent").

On June 15, 2022, the Patent Trials and Appeals Board ("PTAB") issued a Final Written Decision in IPR2021-00145, pertaining to the '993 Patent, finding all challenged claims unpatentable. Neonode appealed this decision. On June 11, 2024 the Federal Circuit entered judgment in this appeal, affirming the FWD. *Neonode Smartphone LLC v. Samsung Electronics Co., Ltd.*, Case No. 22-2134, Dkt. 76. The mandate in this appeal issued on July 18, 2024. *Id.*, Dkt. 77.

On December 15, 2022, the PTAB issued a Final Written Decision in IPR2021-00144, pertaining to the '879 Patent, finding all challenged claims not unpatentable. Apple appealed this decision. On July 18, 2024 the Federal Circuit entered judgment in this appeal, affirming the FWD. *Samsung Electronics Co., Ltd. v. Neonode Smartphone LLC*, Case No. 23-1464, Dkt. 71. The mandate in this appeal issued on August 26, 2024. *Id.*, Dkt. 72.

On January 11, 2023, the PTAB issued a Final Written Decision in IPR2021-01041, pertaining to the '879 Patent, finding all challenged claims not unpatentable. Google appealed this decision. On July 18, 2024 the Federal Circuit entered judgment in this appeal, affirming the FWD. *Google LLC v. Neonode Smartphone LLC*, Case No. 23-1638, Dkt. 50. The mandate in this appeal issued on August 26, 2024. *Id.*, Dkt. 51.

On July 14, 2023, the U.S. District Court for the Western District of Texas issued a Memorandum in Support of Claim Construction Order finding the sole independent claim of the '879

Patent to be indefinite.  The court entered final judgment on August 2, 2023.  Neonode appealed this decision.  On August 20, 2024 the Federal Circuit entered judgment in this appeal, reversing the district court's judgment and remanding to the district court for further proceedings.  *Neonode Smartphone LLC v. Samsung Electronics Co., Ltd.*, Case No. 23-2304, Dkt. 41.  The mandate in this appeal issued on September 26, 2024.  *Id.*, Dkt. 42.

Another district court case involving the same patent but different defendants is currently pending in the Western District of Texas.  *Neonode Smartphone LLC v. Samsung Electronics Co. Ltd. et al.*, Case No. 6:20-cv-00507-ADA (W.D. Tex.).  That case is more advanced than this one, with the court having issued a *Markman* order construing the claims and the parties engaged in discovery.  For reasons of judicial efficiency, the parties here have agreed to respectfully request that this Court continue the stay pending resolution of the Samsung case in Texas.  The parties plan to file a joint motion to that end soon.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Philip J. Graves*<br>Philip J. Graves<br>(SBN 153441 \| pgraves@gravesshaw.com)<br>Greer N. Shaw<br>(SBN 197960 \| gshaw@gravesshaw.com)<br>GRAVES & SHAW LLP<br>355 S. Grand Ave., Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 204-5101<br><br>Kalpana Srinivasan<br>(SBN 237460 \| ksrinivasan@susmangodfrey.com)<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067-6029)<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150<br><br>Brian D. Melton<br>SUSMAN GODFREY L.L.P.<br>*(Admitted PHV* \| bmelton@susmangodfrey.com)<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br><br>*Counsel for Plaintiff Neonode Smartphone LLC* | By: */s/ Benjamin Elacqua*<br>Benjamin C. Elacqua (TX SBN 24055443)<br>Email: elacqua@fr.com<br>Kathryn A. Quisenberry (TX SBN 24105639)<br>Email: quisenberry@fr.com<br>FISH & RICHARDSON P.C.<br>909 Fannin Street, Suite 2100<br>Houston, TX 77010<br>Telephone: (713) 654-5300<br>Facsimile: (713) 652-0109<br><br>Jared A. Smith (SBN 306576)<br>Email: jasmith@fr.com<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>Aamir A. Kazi (Admitted PHV)<br>Email: kazi@fr.com<br>FISH & RICHARDSON P.C.<br>1180 Peachtree Street NE, 21st Floor<br>Atlanta, GA 90309<br>Telephone: (404) 892-5005<br>Facsimile: (404) 892-5002<br><br>*Counsel for Defendant Apple Inc.* |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 17, 2024, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, using this Court's Electronic Case Filing (ECF) system.

                                                                        /s/   *Philip J. Graves*
                                                                           Philip J. Graves