| | |
|---|---|
| Philip J. Graves<br>(SBN 153441 \| pgraves@gravesshaw.com)<br>Greer N. Shaw<br>(SBN 197960 \| gshaw@gravesshaw.com)<br>GRAVES & SHAW LLP<br>355 S. Grand Ave., Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 204-5101<br><br>Kalpana Srinivasan<br>(SBN 237460 \| ksrinivasan@susmangodfrey.com)<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067-6029<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150<br><br>Brian D. Melton<br>SUSMAN GODFREY L.L.P.<br>*(Admitted PHV* \| bmelton@susmangodfrey.com)<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br><br>Attorneys for Plaintiff NEONODE SMARTPHONE LLC | Benjamin C. Elacqua<br>(TX SBN 24055443 \| elacqua@fr.com)<br>Kathryn A. Quisenberry<br>(TX SBN 24105639 \| quisenberry@fr.com)<br>FISH & RICHARDSON P.C.<br>909 Fannin Street, Suite 2100<br>Houston, TX 77010<br>Telephone: (713) 654-5300<br>Facsimile: (713) 652-0109<br><br>Jared A. Smith<br>(SBN 306576) \| jasmith@fr.com)<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>Aamir A. Kazi<br>*(Admitted PHV* \| kazi@fr.com)<br>FISH & RICHARDSON P.C.<br>1180 Peachtree Street NE, 21st Floor<br>Atlanta, GA 90309<br>Telephone: (404) 892-5005<br>Facsimile: (404) 892-5002<br><br>Attorneys for Defendant APPLE INC. |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　　　Defendant. | No. 3:21-cv-08872-EMC<br><br>**JOINT MOTION OF PLAINTIFF NEONODE SMARTPHONE LLC'S AND DEFENDANT APPLE INC.'S TO CONTINUE THE STAY OF THIS ACTION PENDING RESOLUTION OF CO-PENDING LITIGATION**<br><br>DATE:　December 19, 2024<br>TIME:　1:30 p.m.<br>PLACE:　Courtroom 5<br>JUDGE:　Hon. Edward M. Chen |

**NOTICE OF MOTION AND MOTION**

Please take notice that on December 19, 2024, at 1:30 p.m., in Courtroom 5, 17th Floor, of the San Francisco Courthouse, Plaintiff Neonode Smartphone LLC ("Neonode") and Defendant Apple Inc. ("Apple"), by and through their respective counsel, will **jointly** move the Court to continue the stay of all deadlines in this matter, until the co-pending litigation to this action venued in the U.S. District Court for the Western District of Texas, *Neonode Smartphone LLC v. Samsung Electronics Co. Ltd. et al.*, Case No. 6:20-cv-00507-ADA ("the *Samsung* case"), is resolved through settlement or entry of final judgment in that court.

**MEMORANDUM OF POINTS AND AUTHORITIES**

A district court has the inherent power to control its own docket, including the power to stay proceedings before it. *Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket."). This Court weighs three factors when consider whether a stay is appropriate: "[1] the possible damage which may result from the granting of a stay, [2] the hardship or inequity which a party may suffer in being required to go forward, and [3] the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay." *Yufa v. Lighthouse Worldwide Solutions Inc.,* 2015 WL 150757, *1 (N.D. Cal. Jan. 9, 2015) (citing *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962)).

All three factors favor continuation of the stay.

First, neither Neonode nor Apple is likely to be damaged as a result of the granting of a stay, as shown by the fact that both parties here ***jointly*** request that a stay be entered through resolution of the *Samsung* case. In addition, no schedule has been entered and no trial date has been set in this case. Moreover, Neonode expects that the duration of the stay requested by this motion will be approximately one year, based on the parties' joint scheduling order in the *Samsung* case. These factors also demonstrate the fact that no damage is likely to result.

Second, both parties would suffer hardship if required to go forward at this time. Were this case to go forward concurrently with the *Samsung* case, both Neonode and Apple would suffer hardship "associated with the effort required to conduct discovery in multiple cases that may be

1  rendered pointless or redundant" by the outcome in the Western District of Texas. *Fuller v.*
2  *Amerigas Propane, Inc.*, 2009 WL 2390358, *2 (N.D. Cal. Aug. 3, 2009). In addition, the *Samsung*
3  case is more advanced than this one, with the court having issued a Markman order construing the
4  claims and the parties engaged in discovery, and the parties in the *Samsung* case have filed a joint
5  scheduling order providing for trial in less than a year, on October 24, 2025. Thus, given the
6  likelihood that the *Samsung* case will proceed to a judgment or other resolution more quickly than
7  will this action, the possibility that the outcome there might render the parties' efforts and expense
8  in this action moot indicates that this factor favors continuation of the stay. *Cf. Yufa*, 2015 WL
9  150757 at *2 ("As the outcome of the Federal Circuit's pending decisions will likely influence the
10 claims in this case, and possibly create an opportunity for settlement or dismissal, both parties may
11 suffer unnecessary hardship or inequity if required to go forward.").

12         Third, judicial economy and the possibility that the issues will be simplified counsel in favor
13 of continuing the stay. As noted above, no schedule has been entered and no trial date has been set
14 in this case, whereas the *Samsung* case has advanced past claim construction and into discovery.
15 Were this Court to move forward with this case concurrently with the *Samsung* court, the two courts
16 would very likely both address issues concerning at least invalidity, and there would likely be
17 substantial redundancy in discovery. The interest of judicial economy therefore counsels in favor
18 of continuing the stay. "[D]uplication of case management tasks by multiple courts is not an
19 economical use of judicial resources." *Fuller.*, 2009 WL 2390358, at *2. In addition, continuing
20 the stay of this action pending the outcome in the *Samsung* case could result in simplification of
21 issues and avoid potentially wasted effort on the part of the parties and this Court. For example,
22 were the *Samsung* court to enter a judgment finding some or all of the asserted claims of the '879
23 Patent invalid, that would likely result in simplification of the issues in this Court. *Ebates*
24 *Performance Marketing, Inc. v. MyMail, Ltd.*, 2021 WL 2037949, *1 (N.D. Cal. May 22, 2021).
25 Accordingly, continuing the stay in this action will conduce to judicial economy and possibly result
26 in simplification of issues.

27         Thus, all three factors weigh in favor of continuing the stay. The parties therefore
28 respectfully request that the Court stay this action until the *Samsung* case venued in the Western

District of Texas Court has been resolved through settlement or entry of final judgment in that court.

Date: November 13, 2024

By: */s/ Philip J. Graves*
Philip J. Graves
(SBN 153441 | pgraves@gravesshaw.com)
Greer N. Shaw
(SBN 197960 | gshaw@gravesshaw.com)
GRAVES & SHAW LLP
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101

Kalpana Srinivasan
(SBN 237460 | ksrinivasan@susmangodfrey.com)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029)
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Brian D. Melton
SUSMAN GODFREY L.L.P.
*(Admitted PHV | bmelton@susmangodfrey.com)*
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Counsel for Plaintiff Neonode Smartphone LLC*

By: */s/ Benjamin Elacqua*
Benjamin C. Elacqua (TX SBN 24055443)
Email: elacqua@fr.com
Kathryn A. Quisenberry (TX SBN 24105639)
Email: quisenberry@fr.com
FISH & RICHARDSON P.C.
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

Jared A. Smith (SBN 306576)
Email: jasmith@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Aamir A. Kazi (Admitted PHV)
Email: kazi@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 90309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

*Counsel for Defendant Apple Inc.*