Philip J. Graves
(SBN 153441 | pgraves@gravesshaw.com)
Greer N. Shaw
(SBN 197960 | gshaw@gravesshaw.com)
GRAVES & SHAW LLP
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101

Kalpana Srinivasan
(SBN 237460 | ksrinivasan@susmangodfrey.com)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029)
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150

Brian D. Melton
SUSMAN GODFREY L.L.P.
*(Admitted PHV* | bmelton@susmangodfrey.com)
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for Plaintiff NEONODE
SMARTPHONE LLC

Benjamin C. Elacqua
(TX SBN 24055443 | elacqua@fr.com)
Kathryn A. Quisenberry
(TX SBN 24105639 | quisenberry@fr.com)
FISH & RICHARDSON P.C.
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

Jared A. Smith
(SBN 306576) | jasmith@fr.com)
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Aamir A. Kazi
*(Admitted PHV* | kazi@fr.com)
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 90309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Attorneys for Defendant APPLE INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | No.  3:21-cv-08872-EMC<br><br>**[PROPOSED] ORDER CONTINUING THE STAY AND REMOVING ALL DEADLINES**<br><br>DATE:  December 19, 2024<br>TIME:  1:30 p.m.<br>PLACE:  Courtroom 5<br>JUDGE:  Hon. Edward M. Chen |

**[PROPOSED] ORDER ON JOINT MOTION TO CONTINUE THE STAY OF THIS ACTION PENDING RESOLUTION OF COMPANION LITIGATION**

IT APPEARING THAT all parties join in the motion to continue the stay of this action pending the resolution of *Neonode Smartphone LLC v. Samsung Electronics Co. Ltd. et al.*, Case No. 6:20-cv-00507-ADA (W.D. Tex.) ("the *Samsung* Case"), by settlement or entry of final judgment in that court,

IT IS HEREBY ORDERED THAT the parties' Joint Motion to Continue the Stay is granted. The parties shall timely update the Court upon final resolution of the *Samsung* Case in the U.S. District Court for the Western District of Texas.

IT IS SO ORDERED


Dated: _____


                                          Hon. EDWARD M. CHEN
                                          United States District Judge