| | |
|---|---|
| Philip J. Graves<br>(SBN 153441 \| pgraves@gravesshaw.com)<br>Greer N. Shaw<br>(SBN 197960 \| gshaw@gravesshaw.com)<br>GRAVES & SHAW LLP<br>355 S. Grand Ave., Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 204-5101 | Benjamin C. Elacqua<br>(TX SBN 24055443 \| elacqua@fr.com)<br>Kathryn A. Quisenberry<br>(TX SBN 24105639 \| quisenberry@fr.com)<br>FISH & RICHARDSON P.C.<br>909 Fannin Street, Suite 2100<br>Houston, TX 77010<br>Telephone: (713) 654-5300<br>Facsimile: (713) 652-0109 |
| Kalpana Srinivasan<br>(SBN 237460 \| ksrinivasan@susmangodfrey.com)<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067-6029<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150 | Jared A. Smith<br>(SBN 306576) \| jasmith@fr.com)<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099 |
| Brian D. Melton<br>SUSMAN GODFREY L.L.P.<br>*(Admitted PHV* \| bmelton@susmangodfrey.com)<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666 | Aamir A. Kazi<br>*(Admitted PHV* \| kazi@fr.com)<br>FISH & RICHARDSON P.C.<br>1180 Peachtree Street NE, 21st Floor<br>Atlanta, GA 90309<br>Telephone: (404) 892-5005<br>Facsimile: (404) 892-5002 |
| Attorneys for Plaintiff NEONODE SMARTPHONE LLC | Attorneys for Defendant APPLE INC. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | No. 3:21-cv-08872-EMC<br><br>[~~PROPOSED~~] **ORDER CONTINUING THE STAY AND REMOVING ALL DEADLINES**<br><br>DATE:   December 19, 2024<br>TIME:   1:30 p.m.<br>PLACE:  Courtroom 5<br>JUDGE:  Hon. Edward M. Chen |

**[PROPOSED] ORDER ON JOINT MOTION TO CONTINUE THE STAY OF THIS ACTION PENDING RESOLUTION OF COMPANION LITIGATION**

IT APPEARING THAT all parties join in the motion to continue the stay of this action pending the resolution of *Neonode Smartphone LLC v. Samsung Electronics Co. Ltd. et al.*, Case No. 6:20-cv-00507-ADA (W.D. Tex.) ("the *Samsung* Case"), by settlement or entry of final judgment in that court,

IT IS HEREBY ORDERED THAT the parties' Joint Motion to Continue the Stay is granted. The parties shall timely update the Court upon final resolution of the *Samsung* Case in the U.S. District Court for the Western District of Texas.

IT IS SO ORDERED

Dated: November 13, 2024

Hon. EDWARD M. CHEN
United States District Judge