| | |
|---|---|
| Philip J. Graves<br>(SBN 153441 \| pgraves@gravesshaw.com)<br>Greer N. Shaw<br>(SBN 197960 \| gshaw@gravesshaw.com<br>GRAVES & SHAW LLP<br>355 S. Grand Ave., Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 204-5101<br><br>Kalpana Srinivasan<br>(SBN 237460 \| ksrinivasan@susmangodfrey.com)<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067-6029)<br>Telephone: (310) 789-3100<br>Facsimile:  (310) 789-3150<br><br>Brian D. Melton<br>SUSMAN GODFREY L.L.P.<br>*(Admitted PHV* \| bmelton@susmangodfrey.com)<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br><br>Attorneys for Plaintiff NEONODE SMARTPHONE LLC | Benjamin C. Elacqua<br>(TX SBN 24055443 \| elacqua@fr.com)<br>FISH & RICHARDSON P.C.<br>1221 McKinney Street, Suite 2800<br>Houston, TX 77010<br>Telephone: 713-654-5300<br>Facsimile: 713-652-0109<br><br>Jared A. Smith<br>(SBN 306576) \| jasmith@fr.com)<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>Aamir A. Kazi<br>(Admitted PHV \| kazi@fr.com)<br>FISH & RICHARDSON P.C.<br>1180 Peachtree Street NE, 21st Floor Atlanta, GA 90309<br>Telephone: (404) 892-5005 Facsimile: (404) 892-5002<br><br>Attorneys for Defendant APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>        Defendants. | No.  3:21-cv-08872-EMC<br><br>**JOINT NOTICE AND REQUEST TO LIFT STAY AND SET CASE MANAGEMENT CONFERENCE** |

      The Parties jointly submit this notice pursuant to Judge Chen's Order dated November 13, 2024 (Dkt. No. 116).  The Parties respectfully request that the Court lift the stay and schedule an initial Case Management Conference.

The Parties submit this notice to apprise the Court of material developments that have occurred since the Case Management Statements previously submitted by the Parties on July 19, 2022 (Dkt. No. 96), July 11, 2023 (Dkt. No. 105), October 17, 2023 (Dkt. No. 110), January 23, 2024 (Dkt. No. 112), and October 17, 2024 (Dkt. No. 114).

There are two patents asserted in this case, U.S. Patent No. 8,095,879 (the "'879 Patent") and U.S. Patent No. 8,812,993 (the "'993 Patent").

On June 15, 2022, the Patent Trials and Appeals Board ("PTAB") issued a Final Written Decision in IPR2021-00145, pertaining to the '993 Patent, finding all challenged claims unpatentable. Neonode Smartphone LLC ("Neonode") appealed this decision, and on June 11, 2024, the Federal Circuit affirmed. *Neonode Smartphone LLC v. Samsung Electronics Co., Ltd., et al.*, No. 22-2134, 2024 WL 2927961 (Fed. Cir. 2024).

On December 15, 2022, the PTAB issued a Final Written Decision in IPR2021-00144, pertaining to the '879 Patent, finding all challenged claims not unpatentable. Samsung and Apple appealed this decision, and on July 18, 2024, the Federal Circuit affirmed. *Samsung Elecs. Co., Ltd., et al. v. Neonode Smartphone LLC*, No. 23-1464, 2024 WL 3451828 (Fed. Cir. 2024)

On January 11, 2023, the PTAB issued a Final Written Decision in IPR2021-01041, pertaining to the '879 Patent, finding all challenged claims not unpatentable. Google appealed this decision, and on July 18, 2024, the Federal Circuit affirmed. *Google LLC v. Neonode Smartphone LLC*, No. 23-1638, 2024 WL 3451831 (Fed. Cir. 2024).

On July 14, 2023, in *Neonode Smartphone LLC v. Samsung Elecs. Co., Ltd., et al*, No. 6:20-cv-00507 (W.D. Tex.) ("Samsung Case"), the U.S. District Court for the Western District of Texas issued a Memorandum in Support of Claim Construction Order finding the sole independent claim of the '879 Patent to be indefinite. Samsung Case, Dkt. No. 95. The court entered final judgment on August 2, 2023. Samsung Case, Dkt. No. 96. Neonode appealed this decision, and the Federal Circuit reversed the Court's claim construction. *Neonode Smartphone LLC v. Samsung Elecs. Co., Ltd., et al.*, No. 23-2304, 2024 WL 3873566 (Fed. Cir. 2024). The Federal Circuit construed the term "wherein the representation consists of only one option for activating the function" as: "wherein the representation consists of only one option for what function to activate at a given time (where a given

time means the currently active application)." *Id.* at *4. The Federal Circuit also affirmed the district court's conclusion that Samsung did not establish that the "gliding ... away" limitation renders claim 1 indefinite. *Id.* at *6. The Court remanded the case back to the district court for proceedings consistent with its opinion.

Following the Federal Circuit's reversal of the district court's claim construction, Neonode and Samsung engaged in fact discovery in the district court. The parties ultimately settled the case and filed a joint motion to dismiss on August 29, 2025, which also requested vacating the Final Claim Constructions of the Court (Samsung Case, Dkt. No. 94) and Memorandum in Support of Claim Construction Order (Samsung Case, Dkt. No. 95) entered on July 14, 2023. Samsung Case, Dkt. No. 145. On September 2, 2025, the court dismissed the case with prejudice, and granted the parties' joint motion to vacate. Samsung Case, Dkt No. 146.

On November 13, 2024, the Parties jointly asked the Court to stay this case pending resolution of the Western District of Texas case against Samsung (Dkt. No. 115), which this Court did (Dkt. No. 116). That case is now resolved. The Parties respectfully request that the Court lift the stay and schedule an initial Case Management Conference.

Respectfully submitted,


| | |
|---|---|
| By: */s/ Kalpana Srinivasan*<br>Philip J. Graves<br>(SBN 153441 \| pgraves@gravesshaw.com)<br>Greer N. Shaw<br>(SBN 197960 \| gshaw@gravesshaw.com)<br>GRAVES & SHAW LLP<br>355 S. Grand Ave., Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 204-5101<br><br>Kalpana Srinivasan<br>(SBN 237460 \| ksrinivasan@susmangodfrey.com)<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067-6029)<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150<br><br>Brian D. Melton<br>SUSMAN GODFREY L.L.P.<br>*(Admitted PHV* \| bmelton@susmangodfrey.com)<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br><br>*Counsel for Plaintiff Neonode Smartphone LLC* | By: */s/ Aamir Kazi*<br>Aamir A. Kazi<br>Fish & Richardson P.C.<br>1180 Peachtree Street NE, 21st Floor<br>Atlanta, GA 90309<br>(404) 892-5005<br>Fax: (404) 892-5002<br>Email: kazi@fr.com<br><br>Benjamin C. Elacqua<br>Texas Bar Number 24055443<br>elacqua@fr.com<br>Fish & Richardson P.C.<br>1221 McKinney Street, Suite 2800<br>Houston, TX 77010<br>Telephone: 713-654-5300<br>Facsimile: 713-652-0109<br><br>Jared A. Smith (SBN 306576)<br>jasmith@fr.com<br>Fish & Richardson P.C.<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Telephone: 858-678-5070<br>Facsimile: 858-678-5099<br><br>*Counsel for Defendant Apple Inc.* |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 10th day of September, 2025, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, using this Court's Electronic Case Filing (ECF) system.

/s/    *Kalpana Srinivasan*

JOINT NOTICE AND REQUEST TO LIFT STAY
Case No.: 21-cv-08872-EMC