Philip J. Graves
(SBN 153441 | pgraves@gravesshaw.com)
Greer N. Shaw
(SBN 197960 | gshaw@gravesshaw.com
GRAVES & SHAW LLP
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101

Kalpana Srinivasan
(SBN 237460 | ksrinivasan@susmangodfrey.com)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150

Brian D. Melton
SUSMAN GODFREY L.L.P.
*(Admitted PHV* | bmelton@susmangodfrey.com)
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for Plaintiff NEONODE
SMARTPHONE LLC

Benjamin C. Elacqua
(TX SBN 24055443 | elacqua@fr.com)
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: 713-654-5300
Facsimile: 713-652-0109

Jared A. Smith
(SBN 306576) | jasmith@fr.com)
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Aamir A. Kazi
(Admitted PHV | kazi@fr.com)
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor Atlanta,
GA 90309
Telephone: (404) 892-5005 Facsimile: (404)
892-5002

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendants. | No.  3:21-cv-08872-EMC<br><br>**STIPULATION TO LIFT STAY** |

The Parties jointly submit this stipulation pursuant to Judge Chen's email dated September 11, 2025. The Parties request that the Court lift the current stay, which was jointly requested and has been in place since December 16, 2024 (*see* Dkt. 116), pending resolution of a related case, *Neonode*

*Smartphone LLC v. Samsung Elecs. Co., Ltd., et al*, No. 6:20-cv-00507 (W.D. Tex.). That case has been resolved. The Parties respectfully request that the Court lift the stay and schedule an initial Case Management Conference.


Respectfully submitted,

By: */s/ Kalpana Srinivasan*
Philip J. Graves
(SBN 153441 | pgraves@gravesshaw.com)
Greer N. Shaw
(SBN 197960 | gshaw@gravesshaw.com)
GRAVES & SHAW LLP
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101

Kalpana Srinivasan
(SBN 237460 | ksrinivasan@susmangodfrey.com)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029)
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Brian D. Melton
SUSMAN GODFREY L.L.P.
*(Admitted PHV* | bmelton@susmangodfrey.com)
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Counsel for Plaintiff Neonode Smartphone LLC*

By: */s/ Aamir Kazi*
Aamir A. Kazi
Fish & Richardson P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 90309
(404) 892-5005
Fax: (404) 892-5002
Email: kazi@fr.com

Benjamin C. Elacqua
Texas Bar Number 24055443
elacqua@fr.com
Fish & Richardson P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: 713-654-5300
Facsimile: 713-652-0109

Jared A. Smith (SBN 306576)
jasmith@fr.com
Fish & Richardson P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: 858-678-5070
Facsimile: 858-678-5099

*Counsel for Defendant Apple Inc.*

1

### CERTIFICATE OF SERVICE

2        The undersigned certifies that on the 12th day of September, 2025, the foregoing document

3  was electronically filed with the Clerk of the Court for the United States District Court, Northern

4  District of California, using this Court's Electronic Case Filing (ECF) system.

5                                                      */s_____ Kalpana Srinivasan_____*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28