Philip J. Graves
(SBN 153441 | pgraves@gravesshaw.com)
Greer N. Shaw
(SBN 197960 | gshaw@gravesshaw.com
GRAVES & SHAW LLP
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101

Kalpana Srinivasan
(SBN 237460 | ksrinivasan@susmangodfrey.com)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029)
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150

Brian D. Melton
SUSMAN GODFREY L.L.P.
*(Admitted PHV* | bmelton@susmangodfrey.com)
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for Plaintiff NEONODE
SMARTPHONE LLC

Benjamin C. Elacqua
(TX SBN 24055443 | elacqua@fr.com)
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: 713-654-5300
Facsimile: 713-652-0109

Jared A. Smith
(SBN 306576) | jasmith@fr.com)
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Aamir A. Kazi
(Admitted PHV | kazi@fr.com)
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor Atlanta, GA 90309
Telephone: (404) 892-5005 Facsimile: (404) 892-5002

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>        Defendants. | No. 3:21-cv-08872-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO LIFT STAY** |

      Before the Court is the parties' Stipulation to Lift the Stay in this case. The Parties request that the Court lift the current stay, which was jointly requested has been in place pending resolution of a

related case, *Neonode Smartphone LLC v. Samsung Elecs. Co., Ltd., et al*, No. 6:20-cv-00507 (W.D. Tex.). That case has been resolved. After reviewing the stipulation, the Court will grant the motion.

      IT IS HEREBY ORDERED that the parties' Stipulation to Lift the Stay is GRANTED. The Court will schedule an initial Case Management Conference.

      IT IS SO ORDERED.

9/15/2025

_____
Hon. EDWARD M. CHEN
United States District Judge