Philip J. Graves
(SBN 153441 | pgraves@gravesshaw.com)
Greer N. Shaw
(SBN 197960 | gshaw@gravesshaw.com
GRAVES & SHAW LLP
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101

Kalpana Srinivasan
(SBN 237460 | ksrinivasan@susmangodfrey.com)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029)
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150

Brian D. Melton
SUSMAN GODFREY L.L.P.
*(Admitted PHV* | bmelton@susmangodfrey.com)
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for Plaintiff NEONODE
SMARTPHONE LLC

Roger A. Denning (SBN 228998)
denning@fr.com
Joy B. Kete (SBN 355859)
kete@fr.com
Elliot N. Scher (SBN 343705)
scher@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Aamir A. Kazi ( *Pro Hac Vice*)
kazi@fr.com
Katherine H. Reardon (*Pro Hac Vice*)
reardon@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 90309
Tel: (404) 892-5005 / Fax: (404) 892-5002

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>        Defendant. | No.  3:21-cv-08872-EMC<br><br>**PROPOSED ORDER GRANTING JOINT STIPULATION FOR ENTRY OF AGREED SCHEDULING ORDER** |

Before the Court is the parties' joint stipulation for entry of an agreed upon scheduling order. Having considered the parties' submission, the Court **GRANTS** the motion. The Court hereby enters the below schedule for this case:

| Item | Parties' Proposed Date |
|---|---|
| Parties submit Joint Case Management Statement | **September 30, 2025** |
| Case Management Conference | **October 7, 2025** |
| Opening of Fact Discovery | **October 14, 2025** |
| Plaintiff serves preliminary infringement contentions per Patent LR 3-1. | **October 28, 2025** |
| Parties serve initial disclosures | **November 4, 2025** |
| Parties submit ADR Certification in compliance with Civil Local Rule 16-8(b) and ADR Local Rule 3-5(b). | **November 14, 2025** |
| Defendant serves invalidity contentions per Patent LR 3-3. | **December 19, 2025** |
| Parties exchange lists of proposed terms for construction per Patent LR 4-1(a). | **December 29, 2025** |
| Parties exchange proposed constructions of each term identified by either party per Patent LR 4-1(a). At the same time the parties exchange their respective "Preliminary Claim Constructions," each party shall also identify all references from the specification or prosecution history that support its proposed construction and designate any supporting extrinsic evidence including, without limitation, dictionary definitions, citations to learned treatises and prior art, and testimony of percipient and expert witnesses. Extrinsic evidence shall be identified by production number or by producing a copy if not previously produced. With respect to any supporting witness, percipient or expert, the identifying party shall also provide a description of the substance of that witness' proposed testimony that includes a listing of any opinions to be rendered in connection with claim construction. | **January 20, 2026** |
| Plaintiff serves damages contentions per Patent LR 3-8 | **February 2, 2026** |
| Status Conference with the Court | **Feb. 10, 2026 at 2:30 PT via Zoom** |

| | |
|---|---|
| Parties file Joint Claim Construction and Prehearing Statement per Patent LR 4-3. | **February 10, 2026** |
| Unless the parties agree otherwise, not later than 60 days after service of the "Invalidity Contentions," any party that intends to rely on any witness who will give expert testimony to support that party's proposed constructions shall serve the other party or parties with a claim construction expert report for that witness. Such reports shall comply with the disclosure requirements of Fed. R. Civ. P. 26(A)(2)(B). | **February 10, 2026** |
| Defendant serves responsive damages contentions per Patent LR 3-9 | **March 4, 2026** |
| Deadline to complete all discovery relating to claim construction, including any depositions with respect to claim construction of any witnesses, including experts, identified in the Preliminary Claim Construction statement (Patent L.R. 4-2) or Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3). | **March 12, 2026** |
| Plaintiff files Opening Claim Construction Brief. | **March 27, 2026** |
| Defendant files Responsive Claim Construction Brief. | **April 10, 2026** |
| Plaintiff files Reply Claim Construction Brief. | **April 17, 2026** |
| Deadline to add parties. | **April 21, 2026** |
| Parties submit optional technical tutorials to the Court and technical advisor (if appointed). | **April 24, 2026** |
| *Markman* hearing at 9:00 a.m. This date is a placeholder, and the Court may adjust this date as the *Markman* hearing approaches | **May 1, 2026** |
| Damages contention meeting per Patent LR 3-9 | **May 5, 2026** |
| Close of Fact Discovery. | **July 31, 2026** |
| Opening Expert Reports Due. | **August 14, 2026** |
| Rebuttal Expert Reports Due. | **September 4, 2026** |
| Close of Expert Discovery. | **September 18, 2026** |
| Deadline to amend pleadings. | **September 18, 2026** |
| Dispositive motion deadline and Daubert motion deadline. | **October 2, 2026** |
| Oppositions to Dispositive and Daubert motions | **October 23, 2026** |
| Replies to Dispositive and Daubert motions | **November 2, 2026** |
| Hearing on Dispositive and Daubert Motions | **November 19, 2026** |
| Deadline to meet and confer regarding preparation and content of the joint pretrial conference statement, preparation and exchange of pretrial materials, and settlement | **November 20, 2026** |
| Parties serve Pretrial Disclosures (jury instructions, witness lists, exhibit lists, verdict forms, voir dire, and deposition designations) and motions in limine. | **December 1, 2026** |

| | |
|---|---|
| Mediation | **December 8, 2026** |
| Parties serve objections to Pretrial Disclosures/Rebuttal Disclosures, and oppositions to motions in limine | **December 15, 2026** |
| Parties serve objections to Rebuttal Disclosures | **December 22, 2026** |
| Parties file Joint Pretrial Conference Statement and Pretrial Materials (preliminary statement to the jury, jury instructions, voir dire, verdict forms, exhibit lists, witness lists, and deposition designations, trial briefs); moving party files motions in limine and oppositions. | **January 8, 2027** |
| Parties file joint notice identifying remaining objections to Pretrial Disclosures and disputes on motions in limine. | **January 15, 2027** |
| Final Pretrial Conference | **January 26, 2027** |
| Jury Selection/Trial. | **February 22, 2027** |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
The Honorable Edward M. Chen
United States District Judge

5

PROPOSED ORDER GRANTING JOINT
STIPULATION FOR ENTRY OF AGREED
SCHEDULING ORDER
CASE NO. 3:21-CV-08872-EMC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

0