| | |
|---|---|
| Philip J. Graves | Roger A. Denning (SBN 228998) |
| (SBN 153441 \| pgraves@gravesshaw.com) | denning@fr.com |
| Greer N. Shaw | Joy B. Kete (SBN 355859) |
| (SBN 197960 \| gshaw@gravesshaw.com | kete@fr.com |
| GRAVES & SHAW LLP | Elliot N. Scher (SBN 343705) |
| 355 S. Grand Ave., Suite 2450 | scher@fr.com |
| Los Angeles, CA 90071 | FISH & RICHARDSON P.C. |
| Telephone: (213) 204-5101 | 12860 El Camino Real, Suite 400 |
| | San Diego, CA 92130 |
| Kalpana Srinivasan | Tel: (858) 678-5070 / Fax: (858) 678-5099 |
| (SBN 237460 \| ksrinivasan@susmangodfrey.com) | |
| SUSMAN GODFREY L.L.P. | Aamir A. Kazi ( *Pro Hac Vice*) |
| 1900 Avenue of the Stars, Suite 1400 | kazi@fr.com |
| Los Angeles, California 90067-6029) | Katherine H. Reardon (*Pro Hac Vice*) |
| Telephone: (310) 789-3100 | reardon@fr.com |
| Facsimile:  (310) 789-3150 | FISH & RICHARDSON P.C. |
| | 1180 Peachtree Street NE, 21st Floor |
| Brian D. Melton | Atlanta, GA 90309 |
| SUSMAN GODFREY L.L.P. | Tel: (404) 892-5005 / Fax: (404) 892-5002 |
| *(Admitted PHV* \| bmelton@susmangodfrey.com) | |
| 1000 Louisiana Street, Suite 5100 | Attorneys for Defendant APPLE INC. |
| Houston, Texas 77002 | |
| Telephone: (713) 651-9366 | |
| Facsimile: (713) 654-6666 | |
| | |
| Attorneys for Plaintiff NEONODE SMARTPHONE LLC | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC, | No.  3:21-cv-08872-EMC |
| Plaintiff, | |
| v. | **PROPOSED ORDER GRANTING JOINT STIPULATION FOR ENTRY OF AMENDED SCHEDULING ORDER** |
| APPLE INC., | |
| Defendant. | |

Before the Court is the parties' joint stipulation for entry of an amended scheduling order. Having considered the parties' submission, the Court **GRANTS** the motion. The Court hereby enters the below amended schedule for this case:

| Item | Amended Deadlines |
|---|---|
| Plaintiff serves preliminary infringement contentions per Patent LR 3-1. | **November 11, 2025** |
| Parties serve initial disclosures | **November 18, 2025** |
| Parties submit ADR Certification in compliance with Civil Local Rule 16-8(b) and ADR Local Rule 3-5(b). | **November 21, 2025** |
| Defendant serves invalidity contentions per Patent LR 3-3. | **January 16, 2026** |
| Parties exchange lists of proposed terms for construction per Patent LR 4-1(a). | **January 26, 2026** |
| Parties exchange proposed constructions of each term identified by either party per Patent LR 4-1(a). At the same time the parties exchange their respective "Preliminary Claim Constructions," each party shall also identify all references from the specification or prosecution history that support its proposed construction and designate any supporting extrinsic evidence including, without limitation, dictionary definitions, citations to learned treatises and prior art, and testimony of percipient and expert witnesses. Extrinsic evidence shall be identified by production number or by producing a copy if not previously produced. With respect to any supporting witness, percipient or expert, the identifying party shall also provide a description of the substance of that witness' proposed testimony that includes a listing of any opinions to be rendered in connection with claim construction. | **February 17, 2026** |
| Plaintiff serves damages contentions per Patent LR 3-8 | **February 17, 2026** |
| Status Conference with the Court | **March 3, 2026** |
| Parties file Joint Claim Construction and Prehearing Statement per Patent LR 4-3. | **March 10, 2026** |
| Unless the parties agree otherwise, not later than 60 days after service of the "Invalidity Contentions," any party that intends to rely on any witness who will give expert testimony to support that party's proposed constructions shall serve the other party or parties with a claim construction expert report for that witness. Such reports shall | **March 10, 2026** |

| | |
|---|---|
| comply with the disclosure requirements of Fed. R. Civ. P. 26(A)(2)(B). | |
| Defendant serves responsive damages contentions per Patent LR 3-9 | **April 1, 2026** |
| Deadline to complete all discovery relating to claim construction, including any depositions with respect to claim construction of any witnesses, including experts, identified in the Preliminary Claim Construction statement (Patent L.R. 4-2) or Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3). | **April 9, 2026** |
| Plaintiff files Opening Claim Construction Brief. | **April 27, 2026** |
| Defendant files Responsive Claim Construction Brief. | **May 8, 2026** |
| Plaintiff files Reply Claim Construction Brief. | **May 15, 2026** |
| Deadline to add parties. | **May 20, 2026** |
| Parties submit optional technical tutorials to the Court and technical advisor (if appointed). | **May 22, 2026** |
| *Markman* hearing at 9:00 a.m. This date is a placeholder, and the Court may adjust this date as the *Markman* hearing approaches | **May 29, 2026** |
| Damages contention meeting per Patent LR 3-9 | **June 2, 2026** |
| Close of Fact Discovery. | **August 28, 2026** |
| Opening Expert Reports Due. | **September 11, 2026** |
| Rebuttal Expert Reports Due. | **October 2, 2026** |
| Close of Expert Discovery. | **October 16, 2026** |
| Deadline to amend pleadings. | **October 16, 2026** |
| Dispositive motion deadline and Daubert motion deadline. | **October 30, 2026** |
| Oppositions to Dispositive and Daubert motions | **November 20, 2026** |
| Replies to Dispositive and Daubert motions | **December 4, 2026** |
| Hearing on Dispositive and Daubert Motions | **December 17, 2026** |
| Deadline to meet and confer regarding preparation and content of the joint pretrial conference statement, preparation and exchange of pretrial materials, and settlement | **December 21, 2026** |
| Parties serve Pretrial Disclosures (jury instructions, witness lists, exhibit lists, verdict forms, voir dire, and deposition designations) and motions in limine. | **January 12, 2027** |
| Mediation | **January 19, 2027** |
| Parties serve objections to Pretrial Disclosures/Rebuttal Disclosures, and oppositions to motions in limine | **January 26, 2027** |
| Parties serve objections to Rebuttal Disclosures | **February 2, 2027** |
| Parties file Joint Pretrial Conference Statement and Pretrial Materials (preliminary statement to the jury, jury instructions, voir dire, verdict forms, exhibit lists, witness | **February 16, 2027** |

| | |
|---|---|
| lists, and deposition designations, trial briefs); moving party files motions in limine and oppositions. | |
| Parties file joint notice identifying remaining objections to Pretrial Disclosures and disputes on motions in limine. | **February 26, 2027** |
| Final Pretrial Conference | **March 9, 2027** |
| Jury Selection/Trial. | **April 5, 2027** |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
The Honorable Edward M. Chen
United States District Judge