# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** October 7, 2025  **Time:** 1:30-1:51  **Judge:** EDWARD M. CHEN
                                    21 Minutes

**Case No.**: 21-cv-08872-EMC    **Case Name:** Neonode Smartphone LLC v. Apple Inc

**Attorneys for Plaintiff:** Kalpana Srinivasan, Brian, Melton, Philip Graves
**Attorneys for Defendant:** Aamir Kazi, Roger Denning, Joy Kete

**Deputy Clerk:** Vicky Ayala          **Court Reporter:** Marla Knox

### PROCEEDINGS

Initial Case Management Conference - held

### SUMMARY

Parties discussed the '879 Patent which expires in April 2026 and requested a trial date. Court advised parties it could set a trial in the mid-January 2027. Court directed parties, with guidance from the Court to meet and confer to set a comprehensive schedule. Parties are to submit a stipulated schedule by 10/21/2025. Court set a Further CMC for 2/10/2026. Court directed parties to be prepared to discuss ADR and have an ADR proposal.

CASE CONTINUED TO: **2/10/2026, at 2:30 P.M., for Further Case Management Conference via Zoom.** Joint CMC statement due by 2/3/2026.