# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC. <br><br> Defendant. | Case No. 3:21-cv-08872-EMC <br><br> ~~PROPOSED~~ ORDER GRANTING JOINT STIPULATION FOR ENTRY OF AMENDED SCHEDULING ORDER |

Before the Court is the parties' joint stipulation for entry of an amended scheduling order. Having considered the parties' submission, the Court **GRANTS** the motion. The Court hereby enters the below amended schedule for this case:

| Item | Dkt. 151 - Order Granting Joint Stipulation For Entry Of Amended Scheduling Order As Modified | Parties Proposed Amended Deadlines |
|---|---|---|
| Defendant serves invalidity contentions per Patent LR 3-3. | **December 25, 2025** | **January 9, 2026** |
| Parties exchange lists of proposed terms for construction per Patent LR 4-1(a). | **January 5, 2026** | **January 16, 2026** |
| Parties exchange proposed constructions of each term identified by either party per Patent LR 4-1(a). At the same time the parties exchange their respective "Preliminary Claim Constructions," each party shall also identify all references from the specification or prosecution history that support its proposed construction and designate any supporting extrinsic evidence including, without limitation, dictionary definitions, citations to learned treatises and prior art, and testimony of percipient and expert witnesses. Extrinsic evidence shall be identified by production number or by producing a copy if not previously produced. With respect to any supporting witness, percipient or expert the identifying party shall also provide a description of the substance of that witness' proposed testimony that includes a listing of any opinions to be rendered in connection with claim construction. | **January 26, 2025** | **February 2, 2026** |

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Date: December 17, 2025

_____
The Honorable Edward M. Chen
United States District Judge