# Exhibit 1

## PRELIMINARY INFRINGEMENT CONTENTIONS – APPLE-23 – Passwords

### U.S. PATENT NO. 8,095,879

Defendant directly infringes and has infringed Claims 1-5, 12-13, and 15-17 ("the Asserted Claims") by making, using, selling, or offering for sale within the United States, and/or importing into the United States, Apple devices storing code for iOS 18 or iPadOS 18, or later versions iOS and iPadOS, and making, within the United States, infringing Apple devices by downloading and installing, causing the download and installation of or enabling or facilitating the download and installation, from a server owned and/or operated by or at the direction of Apple, of one or more updates or upgrades of iOS 18 or iPadOS 18, or later versions iOS and iPadOS, to Apple iPhones and iPads, including but not limited to the iPhone XS, XS Max, XR, 11, 11 Pro, 11 Pro Max, SE (2nd gen), 12, 12 Mini, 12 Pro, 12 Pro Max, 13, 13 Mini, 13 Pro, 13 Pro Max, SE (3rd gen), 14, 14 Plus, 14 Pro, 14 Pro Max, 15, 15 Pro Max, 16, 16 Plus, 16 Pro, 16 Pro Max, 16e, 17, 17 Pro, 17 Pro Max, Air, and the iPad (7th, 8th, 9th, 10th, A16), iPad Mini (5th, 6th, A17 Pro), iPad Air (3rd, 4th, 5th, M2, M3), and iPad Pro (1st, 2nd, 3rd, 4th, 5th, 6th, M4 and M5) (collectively, "the Accused Devices").[1]

This contention chart incorporates by reference Neonode's Disclosure of Asserted Claims and Infringement Contentions ("Disclosure of Asserted Claims") in its entirety, including but not limited to the section of Neonode's Disclosure of Asserted Claims directed to Patent Local Rule 3-1(c).

---

[1] Plaintiff has not yet been able to obtain information concerning subsequent models of iPhone and iPad products sufficient to enable it to determine whether such products infringe the '879 Patent, and on that basis reserves its right to supplement or amend these contentions to address infringement by such products.

| Claim | Accused Devices and Functionalities |
|---|---|
| 1[p]:  A non- transitory computer readable medium storing a computer program with computer program code, which, when read by a mobile handheld computer unit, allows the computer to present a user interface for the mobile handheld computer unit, the user interface comprising: | The Accused Devices include a non- transitory computer readable medium (a flash memory),[2] storing program code which, when read by the processor incorporated into the Accused Devices,[3] allows the devices to present a user interface.  In addition, the Accused Devices include hardware, such as light emitting diodes (LEDs), for presenting a user interface.<br><br>The memory stores program code, e.g., the operating system (iOS, iPadOS) code of the device as well as application code.  Each of the Accused Devices was released with, and/or upgradeable to, versions of iOS or iPadOS including code for presenting a user interface as indicated below.[4] |
| [a]:  a touch sensitive area in which a representation of a function is provided, | The display of each of the Accused Devices includes a touch sensitive area, comprising a substantial portion of the screen presented to the user.  The touch sensitive displays of the Accused Devices are comprised of one or more glass sheets incorporating circuitry to enable capacitive sensing.[5]<br><br>Each Accused Device includes code stored in memory for presenting a Password Screen that includes at least the following representations: |

---

[2] See Appendix A, cols. D-E.
[3] See Appendix A, col. C.
[4] See Appendix A, cols. F-G.
[5] https://www.lovefone.co.uk/blogs/news/117010948-how-does-the-iphone-touch-screen-work-and-why-is-it-made-of-glass#:~:text=Capacitive%20screens%20use%20a%20layer,at%20the%20point%20of%20contact.&text=Using%20glass%20and%20capacitive%20technology,other%20types%20of%20capacitive%20screens..

| Claim | Accused Devices and Functionalities |
|---|---|
|  | <br><br>*Passwords, iPhone 14 Pro Max, iOS 18.6.2.*<br><br>The "magnifying glass" representation represents the function of transitioning to the Search Screen, as shown below. The microphone representation represents the Voice Input function. |

| Claim | Accused Devices and Functionalities |
|---|---|
|  | The "All" representation represents the function of transitioning to the All Passwords Screen. The "Passkeys" representation represents the function of transitioning to the Passkeys Screen. The "Codes" representation represents the function of transitioning to the Codes Screen. The "Wi-Fi" representation represents the function of transitioning to the Wi-Fi Passwords Screen. The "Security" representation represents the function of transitioning to the Security Screen. The "Deleted" representation represents the function of transitioning to the Recently Deleted Passwords Screen.<br><br>The "X" representation represents the exit function. When activated, the "Share Passwords and Passkeys" Display is closed.<br><br>The "+" representation represents the function of transitioning to the New Password Screen. |
| [b]:  wherein the representation consists of only one option for activating the function | Each of the representations identified in connection with limitation 1[a] consists of only one option for what function to activate at a given time. |
| [c]:  and wherein the function is activated by a multi-step operation comprising (i) an object touching the touch sensitive area at a location where the representation is provided and then (ii) the object gliding along the touch sensitive area away from the touched location, | The Accused Devices include program code for causing the device to activate the functions associated with the representations identified in connection with limitation 1[a] by an operation that includes an object (such as a user's finger) (i) touching the display at the location of the representation, and (ii) gliding along the display away from the touched location. |
| [d]:  wherein the representation of | The program code of the Accused Devices causes the representations identified in connection with limitation 1[a] not to be relocated or duplicated while the object is gliding along the display. |

| Claim | Accused Devices and Functionalities |
|---|---|
| the function is not relocated or duplicated during the gliding. | |
| 2.  The computer readable medium of claim 1, wherein the function, when activated, causes the user interface to display icons representing different services or settings for a currently active application. | Each of the Passwords categories identified with respect to limitation 1[a], when activated, displays a screen presenting services or settings for the Passwords application.  For example:<br><br><br><br>*Passwords, iPhone 17 Pro Max, iOS 18.6.2.* |