# Exhibit 2

**PRELIMINARY INFRINGEMENT CONTENTIONS – APPLE IPHONE - 2**

**U.S. PATENT NO. 8,095,879**

| Claim | Evidence |
|---|---|
| 1[p]:  A non- transitory computer readable medium storing a computer program with computer program code, which, when read by a mobile handheld computer unit, allows the computer to present a user interface for the mobile handheld | The iPhone X,[1] iPhone XR,[2] iPhone XS,[3] iPhone XS Max,[4] iPhone 11,[5] iPhone 11 Pro,[6] and iPhone 11 Pro Max,[7] (collectively, "the Accused Devices")[8] include a non- transitory computer readable medium (a flash memory), storing program code which, when read by the processor incorporated into the Accused Devices, allows the devices to present a user interface.<br><br>The memory stores program code, e.g., the operating system (iOS) code of the device as well as application code.  The Accused Devices include hardware, such as RAM and a main processor, for reading the operating system and application code stored in memory.  The iPhone X includes an A11 Bionic processor.[9]  The iPhone XS, XS Max, and XR include an A12 Bionic processor.[10]  The iPhone 11, 11 Pro, and 11 Pro Max include an A13 Bionic |

---

[1] 64 or 256 GB flash memory.  iPhone X, Wikipedia, https://en.wikipedia.org/wiki/IPhone_X; iPhone X Teardown, https://www.ifixit.com/Teardown/iPhone+X+Teardown/98975 (Toshiba TSB3234X68354TWNA1 64 GB flash memory).

[2] 64, 128, or 256 GB flash memory.  iPhone XR, Wikipedia, https://en.wikipedia.org/wiki/IPhone_XR; iPhone XR Teardown, https://www.ifixit.com/Teardown/iPhone+XR+Teardown/114123 (Toshiba TSB3243VC0428CHNA1 64 GB flash storage).

[3] 64, 256 or 512 GB flash memory.  iPhone XS, Wikipedia, https://en.wikipedia.org/wiki/IPhone_XS; iPhone XS Teardown, https://www.ifixit.com/Teardown/iPhone+XS+and+XS+Max+Teardown/113021 (Toshiba TSB3243V85691CHNA1 64 GB flash storage).

[4] *Ibid.*

[5] 64, 128 or 256 GB flash memory.  iPhone 11, Wikipedia, https://en.wikipedia.org/wiki/IPhone_11.

[6] 64, 256 or 512 GB flash memory.  iPhone 11 Pro, Wikipedia, https://en.wikipedia.org/wiki/IPhone_11_Pro.

[7] 64, 256 or 512 GB flash memory.  iPhone 11 Pro Max, Wikipedia, https://en.wikipedia.org/wiki/IPhone_11_Pro; iPhone 11 Pro Max Teardown, https://www.ifixit.com/Teardown/iPhone+11+Pro+Max+Teardown/126000 (Toshiba TSB 4226VE9461CHNA1 1927 64 GB flash storage).

[8] Plaintiff has not yet been able to obtain information concerning subsequent models of iPhone products sufficient to enable it to determine whether such products infringe the '879 Patent, and on that basis reserves its right to supplement or amend these contentions to address infringement by such products.

[9] https://support.apple.com/kb/sp770?locale=en_US (iPhone X – Technical Specifications); https://www.techinsights.com/blog/apple-iphone-x-teardown

[10] https://support.apple.com/kb/SP779?viewlocale=en_US&locale=en_US (iPhone XS - Technical Specifications); https://support.apple.com/kb/SP780?viewlocale=en_US&locale=en_US (iPhone XS Max – Technical Specifications); https://support.apple.com/kb/SP781?viewlocale=en_US&locale=en_US (iPhone XR – Technical Specifications);

1

| | |
|---|---|
| [b]: wherein the representation consists of only one option for activating the function | The Control Bar ("the representation") of the Accused Devices depicts ("consists of") only one option for activating the function (transitioning the interface to the Control Center):<br><br><br><br>*Lock screen, iPhone 11* |

| | |
|---|---|
| [c]: and wherein the function is activated by a multi-step operation comprising (i) an object touching the touch sensitive area at a location where the representation is provided and then (ii) the object gliding along the touch sensitive area away from the touched location, | The Accused Devices include program code for causing the interface to transition from the Lock Screen to the Control Center when an object capable of being sensed by a capacitive touchscreen (such as a user's finger) (i) touches the display at the location of the Control Bar, and (ii) glides the object touching the display downward along the display:<br><br><br><br>*Lock screen, iPhone 11* |

| | |
|---|---|
| | <br>*Control Center, iPhone 11* |
| [d]: wherein the representation of the function is not relocated or duplicated during the gliding. | The program code of the Accused Devices causes the Control Bar not to be relocated or duplicated while the object is gliding downward along the display: |


*Lock screen, iPhone 11*



*Control Center, iPhone 11*

| | |
|---|---|
| 2. The computer readable medium of claim 1, wherein the function, when activated, causes the user interface to display icons representing different services or settings for a currently active application. | The Accused Devices include a memory storing program code for causing the interface to transition from the Lock Screen to the Control Center when an object touches the display in the area of the Control Bar and glides downward along the display, upon which the user interface displays icons representing different services or settings (e.g., Airplane Mode, Wi-Fi connectivity, Bluetooth connectivity, cellular connectivity) for applications (such as the phone and browser applications) that may be active when the Control Center interface is opened, including applications that may be resident in memory (RAM) and/or using CPU cycles but running in the background: |