# Exhibit 3

| Claim | Accused Devices and Functionalities |
|---|---|
| 1[p]: A non-transitory computer readable medium storing a computer program with computer program code, which, when read by a mobile handheld computer unit, allows the computer to present a user interface for the mobile handheld computer unit, the user interface comprising: | The Accused Devices include a non-transitory computer readable medium (a flash memory),[2] storing program code which, when read by the processor incorporated into the Accused Devices,[3] allows the devices to present a user interface. In addition, the Accused Devices include hardware, such as light emitting diodes (LEDs), for presenting a user interface.<br><br>The memory stores program code, e.g., the operating system (iOS, iPadOS) code of the device as well as application code. Each of the Accused Devices was released with, and/or upgradeable to, versions of iOS or iPadOS including code for presenting a user interface as indicated below.[4] |
| [a]: a touch sensitive area in which a representation of a function is provided, | The display of each of the Accused Devices includes a touch sensitive area, comprising a substantial portion of the screen presented to the user. The touch sensitive displays of the Accused Devices are comprised of one or more glass sheets incorporating circuitry to enable capacitive sensing.[5]<br><br>Each Accused Device includes code stored in memory for presenting a Camera display that includes a set of representations as indicated below, each of which represents a particular function.<br><br>**Photo Tab**:<br><br>In the Photo tab, the devices present a display that includes a set of representations as indicated below, each of which represents a particular function: |

---

[2] See Appendix A, cols. D-E.
[3] See Appendix A, col. C.
[4] See Appendix A, cols. F-G.
[5] See Appendix A, col. B; https://www.lovefone.co.uk/blogs/news/117010948-how-does-the-iphone-touch-screen-work-and-why-is-it-made-of-glass#:~:text=Capacitive%20screens%20use%20a%20layer,at%20the%20point%20of%20contact.&text=Using%20glass%20and%20capacitive%20technology,other%20types%20of%20capacitive%20screens.

| Claim | Accused Devices and Functionalities |
|---|---|
|  |  |

| Claim | Accused Devices and Functionalities |
|---|---|
|  | *Camera, iPhone 5s, iOS 8.4.*<br><br>The "[lightning bolt]" representation represents the function of turning Auto on or off. The "HDR Auto" representation represents the function of turning HDR on or off. The "[stopwatch]" representation represents the function of turning the timer on. The "[camera with circular arrows]" representation represents the function of switching between the front and rear cameras. The "[photo thumbnail]" representation represents the function of transitioning to the Photo Gallery Screen. The "[three circles]" representation represents the function of enabling application of effects to the specified image. |

| Claim | Accused Devices and Functionalities |
|---|---|
| | |
| [b]: wherein the representation consists of only one option for activating the function | Each of the representations identified in connection with limitation 1[a] consists of only one option for what function to activate at a given time. |
| [c]: and wherein the function is activated by a multi-step operation comprising (i) an object touching the touch sensitive area at a location where the representation is provided and then (ii) the object gliding along the touch sensitive area away from the touched location, | The Accused Devices include program code for causing the device to activate the functions associated with the representations identified in connection with limitation 1[a] by an operation that includes an object (such as a user's finger) (i) touching the display at the location of the representation, and (ii) gliding along the display away from the touched location. |
| [d]: wherein the representation of the function is not relocated or duplicated during the gliding. | The program code of the Accused Devices causes the representations identified in connection with limitation 1[a] above not to be relocated or duplicated while the object is gliding along the display away from the representation. |
| 2. The computer readable medium of claim 1, wherein the function, when activated, causes the user interface to display icons representing | **Photo Tab**:<br><br>In the Photo tab, the device presents a display that includes a carat icon: |