**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>                    Defendants. | No.  3:21-cv-08872-EMC<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS** |

1

This matter comes before the Court on Plaintiff's Unopposed Motion for Leave to Amend its Infringement Contentions, and finding good cause shown, IT IS HEREBY ORDERED that Neonode's Motion is GRANTED.

IT IS SO ORDERED this __10___ day of __February__, 2026.

_____
The Honorable Edward M. Chen
United States District Judge

2