| | |
|---|---|
| Philip J. Graves<br>(SBN 153441 \| pgraves@gravesshaw.com)<br>Greer N. Shaw<br>(SBN 197960 \| gshaw@gravesshaw.com)<br>GRAVES & SHAW LLP<br>355 S. Grand Ave., Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 204-5101<br><br>Kalpana Srinivasan<br>(SBN 237460 \| ksrinivasan@susmangodfrey.com)<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067-6029)<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150<br><br>Brian D. Melton<br>SUSMAN GODFREY L.L.P.<br>*(Admitted PHV \| bmelton@susmangodfrey.com)*<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br><br>Attorneys for Plaintiff NEONODE SMARTPHONE LLC | Roger A. Denning (SBN 228998)<br>denning@fr.com<br>Joy B. Kete (SBN 355859)<br>kete@fr.com<br>Elliot N. Scher (SBN 343705)<br>scher@fr.com<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Tel: (858) 678-5070 / Fax: (858) 678-5099<br><br>Aamir A. Kazi (*Pro Hac Vice*)<br>kazi@fr.com<br>Katherine H. Reardon (*Pro Hac Vice*)<br>reardon@fr.com<br>FISH & RICHARDSON P.C.<br>1180 Peachtree Street NE, 21st Floor<br>Atlanta, GA 90309<br>Tel: (404) 892-5005 / Fax: (404) 892-5002<br><br>Attorneys for Defendant APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | No. 3:21-cv-08872-EMC<br><br>~~PROPOSED~~ **ORDER GRANTING JOINT STIPULATION FOR ENTRY OF AMENDED SCHEDULING ORDER** |

1

Before the Court is the parties' joint stipulation for entry of an amended scheduling order. Having considered the parties' submission, the Court **GRANTS** the motion. The Court hereby enters the below amended schedule for this case:

| Item | Dkt. 151 Deadline | Parties' Proposed Amended Deadline |
|---|---|---|
| Unless the parties agree otherwise, not later than 60 days after service of the "Invalidity Contentions," any party that intends to rely on any witness who will give expert testimony to support that party's proposed constructions shall serve the other party or parties with a claim construction expert report for that witness. Such reports shall comply with the disclosure requirements of Fed. R. Civ. P. 26(A)(2)(B). | February 10, 2026 | February 24, 2026 |

IT IS SO ORDERED.

Date: February 12, 2026

_____
Hon. EDWARD M. CHEN
United States District Judge