| | |
|---|---|
| Philip J. Graves<br>(SBN 153441 \| pgraves@gravesshaw.com)<br>Greer N. Shaw<br>(SBN 197960 \| gshaw@gravesshaw.com)<br>GRAVES & SHAW LLP<br>355 S. Grand Ave., Suite 2450<br>Los Angeles, CA 90071<br>Telephone: (213) 204-5101<br><br>Kalpana Srinivasan<br>(SBN 237460 \| ksrinivasan@susmangodfrey.com)<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067-6029)<br>Telephone: (310) 789-3100<br>Facsimile:  (310) 789-3150<br><br>Brian D. Melton<br>SUSMAN GODFREY L.L.P.<br>*(Admitted PHV* \| bmelton@susmangodfrey.com)<br>1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666<br><br>Attorneys for Plaintiff NEONODE SMARTPHONE LLC | Roger A. Denning (SBN 228998)<br>denning@fr.com<br>Joy B. Kete (SBN 355859)<br>kete@fr.com<br>Elliot N. Scher (SBN 343705)<br>scher@fr.com<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Tel: (858) 678-5070 / Fax: (858) 678-5099<br><br>Aamir A. Kazi ( *Pro Hac Vice*)<br>kazi@fr.com<br>Katherine H. Reardon (*Pro Hac Vice*)<br>reardon@fr.com<br>FISH & RICHARDSON P.C.<br>1180 Peachtree Street NE, 21st Floor<br>Atlanta, GA 90309<br>Tel: (404) 892-5005 / Fax: (404) 892-5002<br><br>Attorneys for Defendant APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | No.  3:21-cv-08872-EMC<br><br>**JOINT STIPULATION FOR ENTRY OF PROTECTIVE ORDER AND ESI ORDER** |

1

Pursuant to the Court's February 11, 2026 Order (Dkt. No. 164) regarding disputed portions of the proposed Protective Order and ESI Order, Plaintiff Neonode Smartphone LLC ("Neonode") and Defendant Apple Inc. ("Apple") jointly submit this joint stipulation for entry of a Protective Order and ESI Order incorporating the Court's decisions. Attached, hereto, are clean copies of the Proposed Protective Order and Proposed ESI Order for the Court's entry.

Respectfully submitted,

By: */s/ Kalpana Srinivasan*
Philip J. Graves
(SBN 153441 | pgraves@gravesshaw.com)
Greer N. Shaw
(SBN 197960 | gshaw@gravesshaw.com)
GRAVES & SHAW LLP
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101

Kalpana Srinivasan
(SBN 237460 | ksrinivasan@susmangodfrey.com)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Brian D. Melton
SUSMAN GODFREY L.L.P.
*(Admitted PHV* | bmelton@susmangodfrey.com)
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Counsel for Plaintiff Neonode Smartphone LLC*

By: */s/   Joy B. Kete*
Roger A. Denning (SBN 228998)
denning@fr.com
Joy B. Kete (SBN 355859)
kete@fr.com
Elliot N. Scher (SBN 343705)
scher@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Aamir A. Kazi (*Pro Hac Vice*)
kazi@fr.com
Katherine H. Reardon (*Pro Hac Vice*)
reardon@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 90309
Tel: (404) 892-5005 / Fax: (404) 892-5002

*Counsel for Defendant Apple Inc.*

**ATTESTATION**

Pursuant to Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Apple.

                                                 /s/   *Kalpana Srinivasan*
                                                 Kalpana Srinivasan

# CERTIFICATE OF SERVICE

The undersigned certifies that on the 23rd day of February, 2026, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, using this Court's Electronic Case Filing (ECF) system.

                                                  /s/ Kalpana Srinivasan
                                                  Kalpana Srinivasan