# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** February 10, 2026     **Time:** 3:21-3:34     **Judge:** EDWARD M. CHEN
                                13 Minutes

**Case No.:** 21-cv-08872-EMC     **Case Name:** Neonode Smartphone LLC v. Apple Inc

**Attorneys for Plaintiff:** Corey Lipschutz, Brian, Melton, Jeffrey Melsheimer, Philip Graves
**Attorneys for Defendant:** Roger Denning, Joy Kete

**Deputy Clerk:** Vicky Ayala     **Court Reporter:** Jennifer Coulthard

### PROCEEDINGS HELD VIA ZOOM WEBINAR

Further Case Management Conference - held

### SUMMARY

Parties stated appearances.

Parties stated that only remaining claims are those from the 879 patent. Both parties agree that claims from the 993 patent are out, and Plaintiff's amended complaint in September will reflect this.

Both parties have no issue with current pretrial and trial schedule. However, Defendant inquired whether a discrete issue regarding the written description may be decided in a partial summary judgment motion. Defendant argues that this issue stems from Claim 1 of the 879 patent, and may be dispositive of all other claims. Plaintiff opposed deciding this issue on a partial motion.

Court ordered parties to send a joint letter regarding why the written description issue may be dispositive and whether a partial MSJ, separate from one comprehensive motion, should be allowed as an exception to the Cour's standing order.

Parties have agreed to a private mediator and are in contact with her. Parties have not set a date for mediation but will schedule mediation before 12/8/2026.

Court will conduct a further status conference during the *Markman* hearing in May.

**REFERRAL:** Referred to private mediation to be completed by 12/8/2026.