UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>                Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>                Defendant. | No.  3:21-cv-08872-EMC<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION FOR ENTRY OF AMENDED SCHEDULING ORDER** |

Before the Court is the parties' joint stipulation for entry of an amended scheduling order. Having considered the parties' submission, the Court **GRANTS** the motion. The Court hereby enters the below amended schedule for this case:

| Item | Dkt. 151 Deadline | Parties' Proposed Amended Deadline |
|---|---|---|
| Deadline to complete all discovery relating to claim construction, including any depositions with respect to claim construction of any witnesses, including experts, identified in the Preliminary Claim Construction statement (Patent L.R. 4-2) or Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3). | March 12, 2026 | March 19, 2026 |

IT IS SO ORDERED.

Date: March 6, 2026

_____
Hon. EDWARD M. CHEN
United States District Judge