# Exhibit 1

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3  Before The Honorable Jacqueline Scott Corley, District Judge
 4
 5 HAPTIC, INC.,                  )
                                  )
 6         Plaintiff,             )
                                  )
 7 vs.                            )  No. C 24-02296-JSC
                                  )
 8 APPLE, INC.,                   )
                                  )
 9         Defendant.             )
10 _____)
                                      San Francisco, California
11                                    Thursday, May 16, 2024
12
      TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
13            RECORDING 1:40 - 1:49 = 9 MINUTES
14
   APPEARANCES:
15
   For Plaintiff:
16                           Susman Godfrey, LLP
                             1000 Louisiana Street
17                           Suite 5100
                             Houston, Texas 77002
18                     BY:   ROCCO MAGNI, ESQ.
                             SAMUEL DREZDON, ESQ.
19
   For Defendant:
20                           Fish & Richardson, PC
                             12860 El Camino Real
21                           Suite 400
                             San Diego, California 92130
22                     BY:   ROGER A. DENNING, ESQ.
                             SETH M. SPROUL, ESQ.
23
24
              (APPEARANCES CONTINUED ON NEXT PAGE)
25
```

*Echo Reporting, Inc.*

8

1    Let's see.  Your proposed trial date of September 29th
2 is fine, but the motion deadline of July 2nd is a little
3 late.  I want to move it up one week so that we're a little
4 farther away from trial.  So, that would be June 26th
5 instead of July 2nd.  And this will all be in an order.
6    The parties also agreed -- we'll put it in an order --
7 to -- I assume it's 100 hours per side for fact witnesses?
8 That was per side, correct?
9         MR. MAGNI:  Yes, your Honor.
10        THE COURT:  Okay.
11        MR. SPROUL:  That's correct.
12        THE COURT:  And a presumption of seven hours per
13 expert subject to agreement of the parties -- oh, hi, Mr.
14 Denning -- subject to agreement of the parties or I suppose
15 if there's no agreement, you could apply to me.
16    The other thing I'm going to do is for summary
17 judgment, one motion, 50 pages.  So, you can stick as many
18 issues as you want, up to you, but you only have 50 pages to
19 work with, both -- each side.  Okay.  And I guess the
20 opposition also would be 50 pages as well.  And 30 for any
21 replies.
22    And in terms of planning, for planning purposes, I'm
23 likely, not definitively, likely to limit each side to 10
24 hours since this is a one-patent case.  I just tell you that
25 up front because maybe you'll have fewer experts or whatever

```
                                                                11
 1                    CERTIFICATE OF TRANSCRIBER
 2
 3      I certify that the foregoing is a true and correct
 4 transcript, to the best of my ability, of the above pages of
 5 the official electronic sound recording provided to me by
 6 the U.S. District Court, Northern District of California, of
 7 the proceedings taken on the date and time previously stated
 8 in the above matter.
 9      I further certify that I am neither counsel for,
10 related to, nor employed by any of the parties to the action
11 in which this hearing was taken; and, further, that I am not
12 financially nor otherwise interested in the outcome of the
13 action.
14              
15
16              Echo Reporting, Inc., Transcriber
17                  Monday, August 19, 2024
18
19
20
21
22
23
24
25
```