# Exhibit 4

Liza M. Walsh
Selina M. Ellis
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 600
Newark, New Jersey 07102
(973) 757-1100

*Of Counsel:*
Jamie B. Beaber (admitted *pro hac vice*)
William J. Barrow (admitted *pro hac vice*)
Anita Y. Lam (admitted *pro hac vice*)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
(202) 263-3000

*Attorneys for Defendants*
*LG Electronics, Inc. and*
*LG Electronics U.S.A., Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MONDIS TECHNOLOGY LTD., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC., <br><br> Defendants. | Civil Action No.: 15-cv-4431 (SRC)(CLW) <br><br> **[PROPOSED] ORDER SETTING BRIEFING SCHEDULE** <br><br> *Electronically Filed* |

**THIS MATTER** having been brought to the Court by Walsh Pizzi O'Reilly Falanga LLP and Mayer Brown LLP, attorneys of record for LG Electronics, Inc. and LG Electronics U.S.A., Inc. (collectively, "LGE"), for an Order granting leave to file a Motion for Summary Judgment for Lack of Written Description and Enablement on Asserted Claims 14-16 of U.S. Patent No. 7,475,180 ("Motion"), and the Court having conducted a telephone conference on July 12, 2017;

IT IS, on this __17__, day of July, 2017,

**ORDERED** that LGE's request is granted. LGE's Motion shall be filed by July 21, 2017; and

**IT IS FURTHER ORDERED** that Plaintiff's opposition shall be filed by August 23, 2017, and LGE's reply (if any) shall be filed by September 8, 2017.

**IT IS FURTHER ORDERED** that LGE will be limited to filing one additional summary judgment motion, and that such motion (if necessary) shall be filed at the conclusion of all discovery.

_____
Hon. Stanley R. Chesler, U.S.D.J.
Honorable Stanley R. Chesler,
United States District Court Judge