|   |   |
|---|---|
| NEONODE SMARTPHONE LLC, | Case No. 3:21-cv-08872-EMC |
| Plaintiff, | ~~PROPOSED~~ ORDER GRANTING APPLE INC.'S MOTION TO AMEND CLAIM CONSTRUCTION SCHEDULE PURSUANT TO LOCAL RULE 6-3 |
| v. |  |
| APPLE INC. |  |
| Defendant. |  |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Before the Court is Apple Inc.'s motion to amend the claim construction schedule pursuant to Local Rule 6-3. Having considered Apple's submission, the Court **GRANTS** the motion. The Court hereby enters the below amended schedule for this case:

| Item | Proposed Amended Deadlines |
|---|---|
| Defendant serves updated claim construction positions based on Neonode's March 2, 2026 Amended Infringement Contentions | **March 10, 2026** |
| Plaintiff serves its claim constructions for any updated positions identified by Apple based on Neonode's March 2, 2026 Amended Infringement Contentions | **March 12, 2026** |
| Parties to serve supplemental expert reports directed to the updated claim construction positions | **March 16, 2026** |

IT IS SO ORDERED.

Date: March 11, 2026

_____
The Honorable Edward M. Chen
United States District Judge