UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC,<br><br>    Defendant. | Case No. 21-cv-08872-EMC<br><br>**ORDER RE REQUEST TO FILE EARLY SUMMARY JUDGMENT MOTION**<br><br>Docket No. 175 |

    The parties have submitted a joint letter over whether the Court should grant Apple leave to file an early motion for summary judgment on the grounds that the '879 Patent is invalid for lack of written description. This Court's practice is to allow only a single summary judgment motion per party. However, Apple proposes that it file a 10-page motion that would count against its later summary judgment page-count. Under this proposal, Apple bears the risk of an unfruitful motion. Given that the written description issue is discrete and potentially case-dispositive, the Court will grant Apple leave to file its proposed motion, with the page-count deducted from Apple's later summary judgment page limit.

    The parties shall meet and confer and present the Court with a briefing schedule for the early summary judgment motion by **March 20, 2026**. The Court will not alter claim construction deadlines or move the *Markman* hearing scheduled for May 15, 2026.

    **IT IS SO ORDERED**.

Dated: 3/16/2026

_____
EDWARD M. CHEN
United States District Judge