**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC.<br><br>        Defendant. | Case No. 3:21-cv-08872-EMC<br><br>~~PROPOSED~~ **ORDER GRANTING JOINT MOTION RE BRIEFING SCHEDULE FOR EARLY SUMMARY JUDGMENT MOTION** |

Before the Court is the parties' joint motion regarding a briefing and hearing schedule for Apple's summary judgment motion on the grounds that the '879 Patent is invalid for lack of written description. Having considered the parties' submission, the Court **GRANTS** the motion. The Court hereby enters the following schedule for this case:

| Item | Deadlines |
|------|-----------|
| Apple to file motion for summary judgment for lack of written description, no more than 10 pages | **April 2, 2026** |
| Neonode to file opposition to Apple's motion for summary judgment, no more than 10 pages | **April 16, 2026** |
| Apple to file reply to Apple's motion for summary judgment, no more than 5 pages | **April 23, 2026** |
| Hearing on Apple's motion for summary judgment for lack of written description | **May 7, 2026 at 1:30 PM in Courtroom 5, 17th Floor** |

IT IS SO ORDERED.

Date: March 25, 2026

_____
The Honorable Edward M. Chen
United States District Judge

1

PROPOSED ORDER GRANTING JOINT
MOTION RE BRIEFING SCHEDULE FOR
EARLY SUMMARY JUDGMENT MOTION
3:21-cv-08872-EMC