**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>Defendant. | Case No. 3:21-cv-08872-EMC<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY FOR LACK OF WRITTEN DESCRIPTION** |

This matter comes before the Court on Defendant Apple Inc.'s ("Apple") Motion For Summary Judgment Of Invalidity For Lack Of Written Description and finding good cause shown,

IT IS HEREBY ORDERED that Apple Inc.'s ("Apple") Motion For Summary Judgment Of Invalidity For Lack Of Written Description is granted.

Dated: _____

_____
Honorable Edward M. Chen
United States District Court Judge