Philip J. Graves (SBN 153441)
pgraves@gravesshaw.com
Greer N. Shaw (SBN 197960)
gshaw@gravesshaw.com
GRAVES & SHAW LLP
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101

Kalpana Srinivasan (SBN 237460)
ksrinivasan@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029)
Tel: (310) 789-3100 / Fax: (310) 789-3150

Brian D. Melton *(Admitted PHV)*
bmelton@susmangodfrey.com)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366 / Fax: (713) 654-6666

*Attorneys for Plaintiff Neonode Smartphone LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC. <br><br> Defendant. | Case No. 3:21-cv-08872-EMC <br><br> **NEONODE SMARTPHONE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE REPLY CLAIM CONSTRUCTION BRIEF** |

United States District Court
Northern District of California

Pursuant to Civil Local Rule 7-11 and 79-5(f) of the U.S. District Court of the Northern District of California, Plaintiff Neonode Smartphone LLC ("Plaintiff" or "Neonode") respectfully requests the Court to consider whether the following materials, filed in relation to Plaintiff's Reply Claim Construction Brief.

| Document | Party Claiming Confidentiality | Portions to Be Filed Under Seal | Basis for Sealing |
|---|---|---|---|
| Plaintiff's Reply Claim Construction Brief | • Third Party Neonode Inc. | Highlighted portions of document. | Refers to material designated "Highly Confidential" pursuant to the Stipulated Protective Order (Dkt. 169) |

Plaintiff takes no position as to the confidentiality of the above-identified information. Pursuant to Civil Local Rule 79-5(f), Neonode Inc., as the designating party, bears the responsibility to establish that the designated material is sealable.

Date: April 16, 2026

Respectfully submitted,

By: */s/ Kalpana Srinivasan*

Philip J. Graves (SBN 153441)
pgraves@gravesshaw.com
Greer N. Shaw (SBN 197960)
gshaw@gravesshaw.com)
GRAVES & SHAW LLP
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101

Kalpana Srinivasan (SBN 237460)
ksrinivasan@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029)
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

United States District Court
Northern District of California

Brian D. Melton *(Admitted PHV)*
bmelton@susmangodfrey.com)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Counsel for Plaintiff Neonode Smartphone LLC*

United States District Court
Northern District of California

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 17, 2026, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, using this Court's Electronic Case Filing (ECF) system.


*/s/ Kalpana Srinivasan*
Kalpana Srinivasan