**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEONODE SMARTPHONE LLC, | Case No. 3:21-cv-08872-EMC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF NEONODE SMARTPHONE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE REPLY CLAIM CONSTRUCTION BRIEF** |
| v. | |
| APPLE INC. | |
| Defendant. | |

Upon consideration of Plaintiff Neonode Smartphone LLC's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Motion") in connection with Plaintiff's Reply Claim Construction Brief, and for good cause shown, the Court hereby **GRANTS** the Motion and **ORDERS** that the material identified below shall be filed under seal.

| Document | Party Claiming Confidentiality | Portions to Be Filed Under Seal | Basis for Sealing |
|---|---|---|---|
| Plaintiff's Reply Claim Construction Brief | • Third Party Neonode Inc. | Highlighted portions of document. | Refers to material designated "Highly Confidential" pursuant to the Stipulated Protective Order (Dkt. 169) |

**IT IS SO ORDERED.**

Dated: _____          _____
                              Hon. EDWARD M. CHEN
                              United States District Judge

United States District Court
Northern District of California

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 3:21-cv-08872-EMC