Philip J. Graves (SBN 153441)
pgraves@gravesshaw.com
Greer N. Shaw (SBN 197960)
gshaw@gravesshaw.com
GRAVES & SHAW LLP
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101

Kalpana Srinivasan (SBN 237460)
ksrinivasan@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029)
Tel: (310) 789-3100 / Fax: (310) 789-3150

Brian D. Melton *(Admitted PHV)*
bmelton@susmangodfrey.com)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366 / Fax: (713) 654-6666

*Attorneys for Plaintiff Neonode Smartphone LLC*

United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEONODE SMARTPHONE LLC, | Case No. 3:21-cv-08872-EMC |
| Plaintiff, | **CERTIFICATE OF SERVICE RE NEONODE SMARTPHONE LLC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE REPLY CLAIM CONSTRUCTION BRIEF** |
| v. | |
| APPLE INC. | |
| Defendant. | |

United States District Court
Northern District of California

**CERTIFICATE OF SERVICE**

I, the undersigned, declare:

I am over the age of 18 and not a party to the within action; I am employed by Susman Godfrey, L.L.P., whose business address is 1900 Avenue of the Stars, Suite 1400, Los Angeles, California 90067-6029.

I am readily familiar with the business practice of my place of business for collection and processing of correspondence for personal delivery, for mailing with the United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On April 17, 2026, I caused a copy of the document(s) described as follows:

1. **Administrative Motion to Consider Whether Another Party's Material Should Be Sealed re Reply Claim Construction Brief**

2. **[Unredacted] Reply Claim Construction Brief**

3. **Proposed Order re Administrative Motion to Consider Whether Another Party's Material Should Be Sealed re Reply Claim Construction Brief**

to be served on the interested parties in this action as follows:

Apple, Inc.:

| | |
|---|---|
| Roger A. Denning (SBN 228998) | Aamir A. Kazi (pro hac vice) |
| denning@fr.com | kazi@fr.com |
| Joy B. Kete (SBN 355859) | Katherine H. Reardon (pro hac vice) |
| kete@fr.com | reardon@fr.com |
| Ryan P. O'Connor (SBN 253596) | FISH & RICHARDSON P.C. |
| oconnor@fr.com | 1180 Peachtree Street NE, 21st Floor |
| Elliot Scher (SBN 343705) | Atlanta, GA 30309 |
| scher@fr.com | Tel: (404) 892-5005 / Fax: (404) 892-5002 |
| Jeffrey H Burton (SBN 328305) | |
| jburton@fr.com | Katherine D. Prescott (SBN 215496) |
| FISH & RICHARDSON P.C. | prescott@fr.com |
| 12860 El Camino Real, Suite 400 | FISH & RICHARDSON P.C. |
| San Diego, CA 92130 | 500 Arguello Street, Suite 400 |
| Tel: (858) 678-5070 / Fax: (858) 678-5099 | Redwood City, CA 94063 |
| | Tel: (650) 893-5070 / Fax: (650) 839-5071 |

*Attorneys for Defendant APPLE INC.*

XX    BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

CERTIFICATE OF SERVICE RE
ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 3:21-cv-08872-EMC

Neonode, Inc.:

Agent of Service: Kim Dinh
Neonode Inc.
1948 Conifer Lane
San Jose, CA 95132

XX    BY FEDERAL EXPRESS OR OVERNIGHT COURIER
    I caused said documents to be transmitted by Federal Express or overnight courier to the addressee's address as stated above.

XX    (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on April 17, 2026, Los Angeles, California.

                                        /s/ Kalpana Srinivasan
                                        Kalpana Srinivasan

United States District Court
Northern District of California

CERTIFICATE OF SERVICE RE
ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 3:21-cv-08872-EMC