Roger A. Denning (SBN 228998)
denning@fr.com
Joy B. Kete (SBN 355859)
kete@fr.com
Ryan P. O'Connor (SBN 253596)
oconnor@fr.com
Elliot Scher (SBN 343705)
scher@fr.com
Jeffrey H Burton (SBN 328305)
jburton@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Aamir A. Kazi (*pro hac vice*)
kazi@fr.com
Katherine H. Reardon (*pro hac vice*)
reardon@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005 / Fax: (404) 892-5002

Katherine D. Prescott (SBN 215496)
prescott@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 893-5070 / Fax: (650) 839-5071

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>    Plaintiff,<br><br> v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 3:21-cv-08872-EMC<br><br>**REPLY DECLARATION OF JOY B. KETE IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY FOR LACK OF WRITTEN DESCRIPTION**<br><br>Date:  May 7, 2026<br>Time:  1:30 p.m.<br>Dept:  Courtroom 5 – 17th Floor<br>Judge:  Honorable Edward M. Chen |

DECL. OF KETE IN SUPPORT OF MSJ FOR OF
INVALIDITY FOR LACK OF WRITTEN
DESCRIPTION
3:21-cv-08872-EMC

I, Joy B. Kete, hereby declare as follows:

1.      I am an attorney in the law firm of Fish & Richardson P.C., counsel of record for Defendant Apple Inc. in the above-captioned matter.  I have personal knowledge of all the facts contained herein and, if called as a witness, I could and would testify competently thereto.

2.      Exhibit 2 is a true and correct copy of an Office Action regarding Patent Application No. 18/124,391, dated January 25, 2024.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.  Executed on April 23, 2026, in San Diego, California.

*/s/ Joy B. Kete*
Joy B. Kete

2          DECL. OF KETE IN SUPPORT OF MSJ FOR OF
INVALIDITY FOR LACK OF WRITTEN
DESCRIPTION
3:21-cv-08872-EMC