UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEONODE SMARTPHONE LLC,

              Plaintiff,

      v.

APPLE INC.,

              Defendant.

Case No. 3:21-cv-08872-EMC

**PATENT LOCAL RULE 3-10 CERTIFICATION**

Each of the undersigned counsel certifies that the Patent L.R. 3-10 damages contention meeting occurred consistent with the requirements set forth in Patent L.R, 3-10 on the date(s) and with the participation of the persons set forth below.

Date of meeting:   5/19/26

Participants (continue list of participants on a separate sheet if necessary):

1. Katherine Reardon   ☑ Attorney ☐ Client representative
2. Katie Prescott   ☑ Attorney ☐ Client representative
3. Jeff Melsheimer   ☑ Attorney ☐ Client representative
4. Brian Melton   ☑ Attorney ☐ Client representative

We certify that the above information is true and correct.

DATED: 5/19/26     /s/ Jeff Melsheimer

                                  Attorney for Plaintiff

DATED: 5/19/26     /s/ Katherine Reardon

                                  Attorney for Defendant

United States District Court
Northern District of California

List of Additional Participants

5. Stephen Liu (Client representative)

6. Daniel Musher (Client representative)

7. Corey Lipschutz (Attorney)

8. Philip Graves (Attorney)