# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEONODE SMARTPHONE LLC, | Case No. 21-cv-08872-EMC |
| Plaintiff, | |
| v. | **JUDGMENT** |
| APPLE INC, | |
| Defendant. | |

On June 8, 2026, the Court granted Defendant's motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 16, 2026

_____

EDWARD M. CHEN
United States District Judge