Roger A. Denning (SBN 228998)
denning@fr.com
Joy B. Kete (SBN 355859)
kete@fr.com
Ryan P. O'Connor (SBN 253596)
oconnor@fr.com
Elliot Scher (SBN 343705)
scher@fr.com
Jeffrey H Burton (SBN 328305)
jburton@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Aamir A. Kazi (*pro hac vice*)
kazi@fr.com
Katherine H. Reardon (*pro hac vice*)
reardon@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005 / Fax: (404) 892-5002

Katherine D. Prescott (SBN 215496)
prescott@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: (650) 893-5070 / Fax: (650) 839-5071

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>                    Plaintiff,<br>        v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No. 3:21-cv-08872-EMC<br><br>**EXHIBIT C TO THE DECLARATION OF JOY B. KETE IN SUPPORT OF APPLE INC.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF** |

Message

| | |
|---|---|
| **From**: | Yossi Shain [yshain@gmail.com] |
| **Sent**: | 1/28/2009 10:48:55 AM |
| **To**: | per@telenor-se.blackberry.com |
| **Subject**: | Re: Iphone |

Hi Per,
We are working on making our sweep patent (US patent application number 10/315,250) cover Apple's sweep. So far, the patent has not issued so we cannot threaten Apple. Together with Marc Berger, we rewrote the claims so that they can overcome the prior art and also have relevance to Apple and others. We just received a new office action (the Examiner found different prior art) that we will need to overcome as well before the patent is allowed. It is a process but we are well into it.

The strategy is that we will try to get this patent allowed asap and then file a second set of claims that are even more of a threat to Apple. This has two important advantages: 1. When we sue (or threaten to sue) it is much more serious when the claims can still be changed if Apple is able to refute our claims or does not infringe them. This is only possible if we have filed a second set of claims before the first set has been issued. 2. We want to make sure we get the widest coverage possible for our patent.

Right now we owe Marc $13,550 and he will not do any additional work until we pay what we owe.

/ Yossi
On Tue, Jan 27, 2009 at 8:05 PM, <per@telenor-se.blackberry.com> wrote:
Hi Yossi,

Apple is using the right/left sweap gesture on their iphone. It is VERY similar to our sweap concept. Don't we have "pattern protection" for that in the US? If so - do you think we might have a case against Apple? Even just making them irritated might be profitable...

Could you give me your thoughts on this?

/Per
Sänt via BlackBerry från Telenor.


--
Stockholm +46 (0) 736 414 969
Skype yossi.shain2

HIGHLY CONFIDENTIAL                                                    NEONODEINC0100378