**ATTACHMENT TO APPLE INC.'S BILL OF COSTS**
**ITEMIZED COSTS**

**Exhibit A –Hearing Transcripts**: 28 U.S.C. § 1920; FRCP 54(d), Northern District of

California, Local Civil Rule 54.3(b):

| Date | Description | Cost |
|------|-------------|------|
| 10/23/20 | Telephonic Scheduling Conference Transcript | $130.80 |
| 10/7/25 | Initial Case Management Conference Transcript | $66.00 |
| 2/10/26 | Status Conference Transcript | $57.20 |
| 5/4/26 | Technology Tutorial Transcript | $52.20 |
| 5/7/26 | Motion for Summary Judgment Hearing Transcript | $32.50 |
| **Hearing Transcript Total:** | | **$338.70** |

1

**ATTACHMENT TO APPLE INC.'S BILL OF COSTS**
**ITEMIZED COSTS**

**Exhibit B – Deposition Fees:** United States District Court, Northern District of California,

Local Civil Rule 54.3(c); 28 U.S.C. §1920(2); FRCP 54(d):

| Date | Description | Cost |
|---|---|---|
| 3/19/26 | Anthony Andre deposition transcript | $2,680.00 |
| 3/19/26 | Anthony Andre deposition videographer | $875.00 |
| 3/19/26 | Andrew Cockburn deposition transcript | $2,594.10 |
| 6/3/22 | Thomas Eriksson and Magnus Goertz deposition transcripts | $3,278.57 |
| 3/25/26 | Dr. James Lewis deposition transcript | $1,890.05 |
| 3/25/26 | Dr. James Lewis deposition videographer | $940.00 |
| 2/2/21 | Ulf Martensson and Joseph Shain deposition transcripts | $2,155.30 |
| 2/2/21 | Ulf Martensson and Joseph Shain deposition videographer | $2,165.00 |
| 3/17/21 | Ulf Martensson and Joseph Shain deposition transcripts | $3,065.75 |
| 3/17/21 | Ulf Martensson and Joseph Shain deposition videographer | $2,405.00 |
| 3/19/21 | Mark Rollins deposition transcript | $1,846.90 |
| **Deposition Transcript Fees Total:** | | **23,895.67.** |