Roger A. Denning (SBN 228998)
denning@fr.com
Joy B. Kete (SBN 355859)
kete@fr.com
Ryan P. O'Connor (SBN 253596)
oconnor@fr.com
Elliot Scher (SBN 343705)
scher@fr.com
Jeffrey H Burton (SBN 328305)
jburton@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Aamir A. Kazi (*pro hac vice*)
kazi@fr.com
Katherine H. Reardon (*pro hac vice*)
reardon@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005 / Fax: (404) 892-5002

Katherine D. Prescott (SBN 215496)
prescott@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 400
Redwood City, CA 94063
Tel: 650-893-5070 / Fax: 650-839-5071

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>              Plaintiff,<br><br>      v.<br><br>APPLE INC.<br>              Defendant. | Case No. 3:21-cv-08872-EMC<br><br>**DECLARATION OF ROGER A. DENNING IN SUPPORT OF APPLE INC.'S BILL OF COSTS** |

1    DECLARATION OF DENNING IN SUPPORT OF
APPLE INC.'S BILL OF COSTS
Case No. 3:21-cv-08872-EMC

I, Roger A. Denning, hereby declare as follows:

1.    I am an attorney with the law firm Fish & Richardson P.C., and counsel for Defendant Apple Inc. in this action.  I have personal knowledge of the facts contained in the declaration and, if called upon to do so, I could and would testify competently to the matters herein. I submit this declaration in support of Apple's Application for Bill of Costs.

2.    On June 16, 2026, the Court entered judgment in favor of Apple, granting Apple's Motion for Summary Judgment.  ECF No. 215.

3.    Apple submits its Bill of Costs seeking $24,234.37 in recoverable costs and fees associated with the defense of this matter.

4.    The costs submitted were necessarily incurred in this action and the services for which fees have been charged were actually and necessarily performed.

5.    Attached to the Bill of Costs is an itemization of the costs Apple seeks to recover under Fed. R. Civ. P. 54(d), 28 U.S.C. § 1920, and L.R. 54.

6.    Attached to the Bill of Costs as Exhibits A-B are true and correct copies of invoices for the costs Apple incurred and seeks to recover.

7.    For hearing transcripts: Apple seeks $338.70 in costs for a scheduling conference, a case management conference, a status conference hearing, the technology tutorial hearing, and the motion for summary judgment hearing.  Those expenses are detailed in the attached Exhibit A.

8.    For deposition transcripts, court reporters, videographers:  Apple seeks $23,895.67 in costs for taking/defending 8 witnesses/experts.  The costs include transcripts and videographers' fees.  These expenses are detailed in the attached Exhibit B.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.  Executed on June 30, 2026, in San Diego, California.

*/s/ Roger A. Denning*
Roger A. Denning

DECLARATION OF DENNING IN SUPPORT OF
APPLE INC.'S BILL OF COSTS
Case No. 3:21-cv-08872-EMC