# Exhibit A

**United States District Court**
**Western District of Texas**

Date: 10/30/2020
Invoice Number: 202000769

To:

**Betty H. Chen**
**Fish & Richardson, P.C.**
111 Congress Avenue
Suite 810
Austin, Texas, 78701

Make Checks Payable To:

**Ms. Lily Iva Reznik, CRR, RMR**
**Official Court Reporter**
501 West 5th Street, Suite 4153
Austin, Texas, 78701
**Phone:** 512-391-8792
**Fax:** 512-916-5894
**Email:** lilyivareznik@austin.rr.com

Case Details:

**Case Number:** WA 20-CA-505 ADA
**Case Title:** Neonode Smartphone, LLC vs. Apple, Inc., et al
**Case Description:** Telephonic Conference October 23, 2020
Judge Alan D. Albright
**Criminal or Civil:** Civil

**Proceeding Date:** Oct 23, 2020
**Courthouse:** Western District of Texas, Waco Division
**Judge Hearing Case:** Judge Alan D. Albright

Transcripts:

**Date Ordered:** Oct 23, 2020
**Date Delivered:** Oct 30, 2020

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Expedited Original | 24 | $5.45 | $130.80 |

**Total:** $130.80

**Amount Due:** $130.80

*/s/ Lily Reznik*

# UNITED STATES DISTRICT COURT
## Northern District of California

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

| Invoice No.: 20250525 |
|---|

Joy Kete
Fish & Rishardson P.C.
500 Arguello Street
Suite 400
Redwood City, CA 94063
(858) 678-5070
kete@fr.com

**MAKE CHECKS PAYABLE TO:**

MK Litigation Solutions, Inc.
Marla F Knox, RPR, CRR, RMR, California License No. 14
Marla F. Knox, CSR, RPR, RMR, CRR
3315 North 17th Avenue
Phoenix, AZ 85015
(602) 391-6990
marla_knox@cand.uscourts.gov
Tax ID: 82-4851936

| __ CRIMINAL   ✗ CIVIL | DATE ORDERED: 12-01-2025 | DATE DELIVERED: 12-03-2025 |
|---|---|---|

**In the matter of:** CV-21-08872, Neonode Smartphone LLC v Apple, Inc.

Proceedings heard before the Honorable Edward M. Chen on 10/7/2025.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | 15 | 4.40 | 66.00 | | 1.10 | | | 0.75 | | 66.00 |
| 14-Day | | 5.10 | | | 1.10 | | | 0.75 | | |
| 7-Day | | 5.85 | | | 1.10 | | | 0.75 | | |
| 3-Day | | 6.55 | | | 1.30 | | | 0.90 | | |
| Next-Day | | 7.30 | | | 1.45 | | | 1.10 | | |
| 2-Hour | | 8.70 | | | 1.45 | | | 1.10 | | |
| Realtime | | 3.70 | | | 2.55 | | | 1.80 | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 66.00 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| **Date:** 12-01-2025 | | **Check:** Venmo | | | | | Less Amount of Deposit | | | 61.60 |
| | | | | | | | Total Refund | | | |
| | | | | | | | **Total Due** | | | 4.40 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:
Marla F. Knox, CRR, RMR

DATE:
12-05-2025

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

## UNITED STATES DISTRICT COURT
### Eastern District of California

Invoice No.:

Joy Kete
Fish & Richardson, PC
500 Arguello Street
Suite 400
Redwood City, CA 94063
kete@fr.com

**MAKE CHECKS PAYABLE TO:**

| | | |
|---|---|---|
| ___ CRIMINAL    X CIVIL | DATE ORDERED: 02-26-2026 | DATE DELIVERED: 03-24-2026 |

**In the matter of:** 21-CV-08872, Neonode Smartphone v Apple

2/10/26 Status conference held before Judge Chen 13pgs ordinary delivery
SRCR TOF 171

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | 13 | 4.40 | 57.20 | | | | | | | 57.20 |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | Misc. Charges | | | | | | | | | |
| | | | | | | | | | Subtotal | 57.20 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 57.20 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Jennifer Coulthard, RMR, CRR | DATE: 03-23-2026 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

| ST44 Rev. 10/23 Derived from AO44 Rev. 10/23 | UNITED STATES DISTRICT COURT Northern District of California |
|---|---|

| Invoice No.: 20260665 |
|---|

| Katherine Prescott Fish & Rishardson P.C. 500 Arguello Street Suite 400 Redwood City, CA 94063 (650) 839-5180 prescott@fr.com | **MAKE PAYMENT TO:** MK Litigation Solutions, Inc. Marla F Knox, RPR, CRR, RMR, CA License No. 14421 Venmo Marla-Knox/Zelle mklitigationsolutions@gmail.com 3315 North 17th Avenue Phoenix, AZ 85015 (602) 391-6990 marla_knox@cand.uscourts.gov Tax ID: 82-4851936 |
|---|---|

| __ CRIMINAL    ✗ CIVIL | DATE ORDERED: 05-06-2026 | DATE DELIVERED: 05-07-2026 |
|---|---|---|

**In the matter of:** CV-21-8872, Neonode Smartphone LLC v Apple, Inc.

Proceedings heard before the Honorable Edward M. Chen on 5/4/2026.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | 4.40 | | | 1.10 | | | 0.75 | | |
| 14-Day | | 5.10 | | | 1.10 | | | 0.75 | | |
| 7-Day | | 5.85 | | | 1.10 | | | 0.75 | | |
| 3-Day | | 6.55 | | | 1.30 | | | 0.90 | | |
| Next-Day | | 7.30 | | 36 | 1.45 | 52.20 | | 1.10 | | 52.20 |
| 2-Hour | | 8.70 | | | 1.45 | | | 1.10 | | |
| Realtime | | 3.70 | | | 2.55 | | | 1.80 | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 52.20 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| **Date:** 05-06-2026 | | **Check:** Venmo | | | | | | Less Amount of Deposit | | 52.20 |
| | | | | | | | | Total Refund | | |
| | | | | | | | | **Total Due** | | 0.00 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: Marla F. Knox, CRR, RMR | DATE: 05-11-2026 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## District of Arizona

| Invoice No.: 20260306 |
|---|

Rachael Nelson
Fish & Richardson PC
500 Arguello Street
Suite 400
Redwood City, CA 94063
rnelson@fr.com

**MAKE PAYMENT TO:**
H.E.O. REPORTING, INC.
Hilda Elizabeth Lopez, RMR, FCRR
Certified Realtime Reporter
401 W. Washington
Sp 30
Phoenix, AZ 85003-2151
(602) 274-3376
hildalopez2006@gmail.com
Tax ID: 86-0910272

| X  CRIMINAL    __ CIVIL | DATE ORDERED: 05-11-2026 | DATE DELIVERED: 05-14-2026 |
|---|---|---|

**In the matter of:** 3:21-cv-08872, Neonode Smartphone LLC v Apple, Inc.

Reporter's Transcript of Proceedings taken 5-7-26 (Motion Hearing)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | 25 | 1.30 | 32.50 | | | | 32.50 |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | Subtotal | | 32.50 |
| | | | | | | | Less Discount for Late Delivery | | | |
| | | | | | | | Tax (If Applicable) | | | |
| | | | | | | | Less Amount of Deposit | | | |
| | | | | | | | Total Refund | | | |
| | | | | | | | Total Due | | | 32.50 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: S/Hilda Lopez | DATE: 06-18-2026 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR