# Exhibit B



**THE SULLIVAN GROUP OF COURT REPORTERS**
AN ESQUIRE DEPOSITION SOLUTIONS COMPANY

1500 Centre Pkwy
Suite 100
East Point GA 30344
562-888-6488
www.thesullivangroupofcourtreporters.com
Tax ID # 45-3463120

| | |
|---|---|
| Date | 3/30/2026 |
| Terms | Net 30 |
| Due Date | 4/29/2026 |

| | |
|---|---|
| Client Number | C10777 |
| Office | San Diego (Sullivan) |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client VAL ID | |
| Date of Loss | |

**Bill To**
Fish & Richardson - Redwood City
500 Arguello Street
Suite 500
Redwood City, CA 94063

**Services Provided For**
Fish & Richardson - Redwood City
Scher, Elliot
500 Arguello Street
Suite 500
Redwood City CA 94063

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 3/19/2026 | | , CALIFORNIA | NEONODE SMARTPHONE LLC V. APPLE INC. |

| Description | Qty | Amount |
|---|---|---|
| Deponent: Dr. Anthony Andre, Ph.D. | | |
| ORIGINAL AND ONE CERTIFIED COPY TRANSCRIPT | 182 | $1,082.90 |
| LITIGATION PACKAGE | | $65.00 |
| PER DIEM | | $100.00 |
| REALTIME FEED | 182 | $282.10 |
| ROUGH ASCII | 182 | $282.10 |
| VIDEO FEE | 182 | $182.00 |
| EXHIBITS (B&W) SCANNED | 804 | $201.00 |
| EXHIBITS (COLOR) SCANNED | 14 | $4.90 |
| HARD COPY ORIGINAL PROD & SHIPPING | | $55.00 |
| PRODUCTION AND PROCESSING | | $75.00 |
| VIDEOCONFERENCE FEE | | $250.00 |
| INTELLIGENT SUMMARY+ - OVER 100 PAGES | | $100.00 |

| | |
|---|---|
| **Subtotal** | 2,680.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $2,680.00 |
| **Amount Due** | 2,680.00 |

*Representing Client: Fish & Richardson (P) : Fish & Richardson - Redwood City*

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at https://thesullivangroupofcourtreporters.com/terms-conditions/ . These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).
Payments made by credit card will be subject to a convenience fee up to 3%, except where prohibited by law. Convenience fees do not apply to clients located in CT, ME, and MA. A convenience fee of 2% will be applied for clients located in CO. Convenience fees are only applicable to payments made by credit card, to avoid this fee payments can be made by ACH or Check.



**THE SULLIVAN GROUP**
OF COURT REPORTERS
AN ESQUIRE DEPOSITION SOLUTIONS COMPANY

1500 Centre Pkwy
Suite 100
East Point GA 30344
562-888-6488
www.thesullivangroupofcourtreporters.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 3/27/2026 |
| **Terms** | Net 30 |
| **Due Date** | 4/26/2026 |

| | |
|---|---|
| **Client Number** | C10777 |
| **Office** | San Diego (Sullivan) |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Fish & Richardson - Redwood City
500 Arguello Street
Suite 500
Redwood City, CA 94063

**Services Provided For**
Fish & Richardson - Redwood City
Scher, Elliot
500 Arguello Street
Suite 500
Redwood City CA 94063

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 3/19/2026 | . | , CALIFORNIA | NEONODE SMARTPHONE LLC V. APPLE INC. |

| Description | Qty | Amount |
|---|---|---|
| Deponent: Dr. Anthony Andre, Ph.D. | | |
| VIDEO FEE | 7 | $875.00 |

| | |
|---|---|
| **Subtotal** | 875.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $875.00 |
| **Amount Due** | 875.00 |

*Representing Client: Fish & Richardson (P) : Fish & Richardson - Redwood City*

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at https://thesullivangroupofcourtreporters.com/terms-conditions/ . These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).
Payments made by credit card will be subject to a convenience fee up to 3%, except where prohibited by law. Convenience fees do not apply to clients located in CT, ME, and MA. A convenience fee of 2% will be applied for clients located in CO. Convenience fees are only applicable to payments made by credit card, to avoid this fee payments can be made by ACH or Check.

 LEXITAS™

# Invoice

**Invoice Date:** 4/2/2026
**Payment Terms:** Net 30

**Bill To:**
Ryan Patrick O'Connor
Fish & Richardson (San Diego)
12390 El Camino Real, San Diego
Southern California CA 92130
United States

**Case Name:**
Neonode Smartphone vs. Apple, Inc.

**Case Number:** 3:21-cv-08872-EMC

**Business Unit:** Premier

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| | Andrew Jeremy Gavin Cockburn, Ph.D. - Expert Witness | 3/19/2026 | LegalView - All parties appearing remotely | | | |

| Item | Quantity | Amount |
|---|---|---|
| Transcript Copy - Technical Testimony | 189 | $1,067.85 |
| Rough Draft of Transcript | 189 | $472.50 |
| Mini / Condensed Transcript | 1 | $47.00 |
| PTX / PDF Files - COMPLIMENTARY | 1 | $0.00 |
| Exhibits - Bulk Discounted Rate Applied | 835 | $542.75 |
| E-Bundle / Lit Support Package | 1 | $70.00 |
| LegalView Connectivity Fee | 1 | $215.00 |
| Deposition Insights™ AI-Enabled Summaries (151+ pages) | 1 | $119.00 |
| Processing, Handling & Archiving | 1 | $60.00 |



## Invoice

**Invoice Date:** 4/2/2026
**Payment Terms:** Net 30

**Memo:**

**Subtotal:** $2,594.10

**Tax Total:** $0.00

**Total:** $2,594.10

**Payments and Credits:** $0.00

| TAX ID 46-4363191 | **Amount Due** | $2,594.10 |
| Payment not contingent upon client reimbursement. | **After 5/2/2026 Pay** | $2,633.01 |





THE ONLY CERTIFIED
LEGAL VIDEO SPECIALIST IN THE UK
CERTIFIED BY THE
AMERICAN COURT REPORTER ASSOCIATION

**INVOICE FOR SERVICES**

**Customer**

| | | | | | |
|---|---|---|---|---|---|
| Name | BETTY H. CHEN | | | Date | June 14, 2022 |
| Company | FISH & RICHARDSON PC | | | | |
| Address | 111 Congress Avenue, Suite 810 | | | | |
| City | Austin | State TX | Zip 78701 | | |
| Country | USA | | | | |
| Phone | T: +1 512 472 5070    E-mail: bchen@fr.com | | | | |

In the Matter of

**NEONODE SMARTPHONE LLC, v.
SAMSUNG ELECTRONICS CO. LTD. Et Al**

| Date | Witness | Description - 100 pages min outside London | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| June 2, 2022 | MAGNUS GOERTZ | Reg Certified Final Transcript, same evening rough | Pages | 186 | 7.50 € | 1,395.00 € |
| June 3, 2022 | THOMAS ERIKSSON | Reg Certified Final Transcript, same evening rough, Realtime | Pages | 170 | 9.50 € | 1,615.00 € |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| | **Invoice Total** | **3,010.00 €** |
| | **VAT** | **Not Applicable** |
| | | |
| | **Balance due** | **3,010.00 €** |

**European Video Ltd**



**THE SULLIVAN GROUP**
**OF COURT REPORTERS**
AN ESQUIRE DEPOSITION SOLUTIONS COMPANY

1500 Centre Pkwy
Suite 100
East Point GA 30344
562-888-6488
www.thesullivangroupofcourtreporters.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 4/8/2026 |
| **Terms** | Net 30 |
| **Due Date** | 5/8/2026 |

| | |
|---|---|
| **Office** | San Diego (Sullivan) |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Fish & Richardson - Redwood City
500 Arguello Street
Suite 500
Redwood City, CA 94063

**Services Provided For**
Fish & Richardson - Atlanta
Kazi, Amir A
1180 Peachtree Street Northeast
21st Floor
Atlanta GA 30309

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 3/25/2026 | | Boca Raton, FLORIDA | NEONODE SMARTPHONE LLC V. APPLE INC. |

| Description | Qty | Amount |
|---|---|---|
| Deponent: JAMES LEWIS, PH.D. | | |
| ORIGINAL AND ONE CERTIFIED COPY TRANSCRIPT | 116 | $690.20 |
| LITIGATION PACKAGE | | $65.00 |
| REPORTER FEE | | $100.00 |
| IN-PERSON FEE | | $500.00 |
| REALTIME FEED | 116 | $179.80 |
| ROUGH ASCII | 116 | $179.80 |
| EXHIBITS (B&W) SCANNED | 366 | $91.50 |
| EXHIBITS (COLOR) SCANNED | 25 | $8.75 |
| PRODUCTION AND PROCESSING | | $75.00 |

|  | |
|---|---|
| **Subtotal** | 1,890.05 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $1,890.05 |
| **Amount Due** | 1,890.05 |

*Representing Client: Fish & Richardson (P) : Fish & Richardson - Redwood City*

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at https://thesullivangroupofcourtreporters.com/terms-conditions/ . These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).
Payments made by credit card will be subject to a convenience fee up to 3%, except where prohibited by law. Convenience fees do not apply to clients located in CT, ME, and MA. A convenience fee of 2% will be applied for clients located in CO. Convenience fees are only applicable to payments made by credit card, to avoid this fee payments can be made by ACH or Check.



**THE SULLIVAN GROUP**
**OF COURT REPORTERS**
AN ESQUIRE DEPOSITION SOLUTIONS COMPANY

1500 Centre Pkwy
Suite 100
East Point GA 30344
562-888-6488
www.thesullivangroupofcourtreporters.com
Tax ID # 45-3463120

| | |
|---|---|
| **Date** | 4/10/2026 |
| **Terms** | Net 30 |
| **Due Date** | 5/10/2026 |

| | |
|---|---|
| **Office** | San Diego (Sullivan) |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client VAL ID** | |
| **Date of Loss** | |

**Bill To**
Fish & Richardson - Redwood City
500 Arguello Street
Suite 500
Redwood City, CA 94063

**Services Provided For**
Fish & Richardson - Atlanta
Kazi, Aamir A
1180 Peachtree Street Northeast
21st Floor
Atlanta GA 30309

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 3/25/2026 | | Boca Raton, FLORIDA | NEONODE SMARTPHONE LLC V. APPLE INC. |

| Description | Qty | Amount |
|---|---|---|
| Deponent: JAMES LEWIS, PH.D. | | |
| VIDEO FEE | 5 | $750.00 |
| IN-PERSON FEE | | $150.00 |
| UPLOADING FEE | | $40.00 |

| | |
|---|---|
| **Subtotal** | 940.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $940.00 |
| **Amount Due** | 940.00 |

*Representing Client: Fish & Richardson (P) : Fish & Richardson - Redwood City*

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at https://thesullivangroupofcourtreporters.com/terms-conditions/ . These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(I)(1)(g)(3) through (6).
Payments made by credit card will be subject to a convenience fee up to 3%, except where prohibited by law. Convenience fees do not apply to clients located in CT, ME, and MA. A convenience fee of 2% will be applied for clients located in CO. Convenience fees are only applicable to payments made by credit card, to avoid this fee payments can be made by ACH or Check.

# GREGORY EDWARDS

### WORLDWIDE COURT REPORTING ⊙ GLOBAL REACH WITHOUT COMPROMISE



Remittance Address 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

**INVOICE**

EIN: 52-2360813

| Date | Invoice # |
|------|-----------|
| 2/10/2021 | |

| Bill To | Ship To |
|---------|---------|
| Fish & Richardson<br>1180 Peachtreet Street, NE<br>Atlanta, GA 30309<br>Attn: Accounts Payable<br>invoices@fr.com | Fish & Richardson<br>1180 Peachtreet Street, NE<br>Atlanta, GA 30309<br>Attn: Ms. Evelyn McNaspy<br>McNaspy@fr.com |

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| | 3/10/2021 | GE | | E-Mail | 4969-0021LL1 |

| Description | Qty | Unit | Rate | Amount |
|-------------|-----|------|------|--------|
| February 2, 2021 - GE Virtual Deposition | 1 | App Fee/OT | 90.00 | 90.00 |
| | | | | |
| Certified original transcript of Ulf Martensson | 91 | Pgs/Tech/VC | 4.65 | 423.15 |
| Certified original transcript of Joseph Shain | 159 | Pgs/Tech/VC | 4.65 | 739.35 |
| Court reporter's overtime fee - after 5 pm | 4 | Hrs | 100.00 | 400.00 |
| | | | | |
| Process and certify original depo exhibits | 119 | Pgs | 0.35 | 41.65 |
| Process and certify original color depo exhibits | 47 | Pgs | 0.45 | 21.15 |
| Hyperlink exhibits with transcript - fee waived | 166 | Pgs | 0.00 | 0.00 |
| | | | | |
| Provide PTX,TXT and PDF transcript files - waived | 2 | File Set | 0.00 | 0.00 |
| Errata sheet preparation and distribution | 2 | Fee | 45.00 | 90.00 |
| Provide minuscript - waived | 2 | Minu | 0.00 | 0.00 |
| Rough ASCII provided | 250 | Pgs | 1.40 | 350.00 |
| | | | | |
| Remote deposition setup and administration fees - waived | 1 | Fee | 0.00 | 0.00 |
| Secure GE cloud server access (transcripts/exhibits) - waived | 2 | Fee | 0.00 | 0.00 |

It is a pleasure working with you!

Payment is due on receipt of invoice. Accounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge. In the event GregoryEdwards retains legal counsel to collect any amount due and owing, the customer agrees to pay GregoryEdwards' attorneys' fees and costs, including contingency fees, regardless of whether formal legal action is filed. If a civil action is filed, the customer agrees that it shall be subject to the exclusive jurisdiction and venue of the state and/or federal courts in Maryland.

| | |
|---|---|
| **Subtotal** | $2,155.30 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $2,155.30 |
| **Balance Due** | $2,155.30 |

4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

WASHINGTON, DC ⊙ HYATTSVILLE ⊙ RICHMOND ⊙ SAN FRANCISCO ⊙ PALO ALTO ⊙ NEW YORK ⊙ HONG KONG ⊙ AUSTIN ⊙ DENVER ⊙ LOS ANGELES ⊙ LONDON

SCHEDULE@GREGORYEDWARDS.COM ⊙ 844 4 TEAM GE ⊙ FINANCE@GREGORYEDWARDS.COM

# GREGORY EDWARDS

WORLDWIDE COURT REPORTING ⊙ GLOBAL REACH WITHOUT COMPROMISE



Remittance Address 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

**INVOICE**

EIN: 52-2360813

| Date | Invoice # |
|------|-----------|
| 2/10/2021 | |

| Bill To | Ship To |
|---------|---------|
| Fish & Richardson<br>1180 Peachtreet Street, NE<br>Atlanta, GA 30309<br>Attn: Accounts Payable<br>invoices@fr.com | Fish & Richardson<br>1180 Peachtreet Street, NE<br>Atlanta, GA 30309<br>Attn: Ms. Evelyn McNaspy<br>McNaspy@fr.com |

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| | 3/10/2021 | GE | | E-Mail | 4969-0021LL1 |

| Description | Qty | Unit | Rate | Amount |
|-------------|-----|------|------|--------|
| February 2, 2021 - GE Virtual Deposition<br>Deponents: Ulf Martensson and Joseph Shain<br>Video Services | | | | |
| | | | | |
| Video mpegs flat daily rate | 1 | Fee | 315.00 | 315.00 |
| Videographer's first two hour appearance fee | 2 | Hrs | 155.00 | 310.00 |
| Videographer's hourly appearance fee | 6 | Hrs | 155.00 | 930.00 |
| Videographer's overtime fee - after 5 pm | 4 | Hrs | 100.00 | 400.00 |
| | | | | |
| English language video synchronization (per video file) | 6 | Files | 35.00 | 210.00 |
| Secure GE cloud server access (video) - waved | 1 | Fee | 0.00 | 0.00 |

It is a pleasure working with you!

Payment is due on receipt of invoice. Accounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge. In the event GregoryEdwards retains legal counsel to collect any amount due and owing, the customer agrees to pay GregoryEdwards' attorneys' fees and costs, including contingency fees, regardless of whether formal legal action is filed. If a civil action is filed, the customer agrees that it shall be subject to the exclusive jurisdiction and venue of the state and/or federal courts in Maryland.

| | |
|---|---|
| **Subtotal** | $2,165.00 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $2,165.00 |
| **Balance Due** | $2,165.00 |

4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

WASHINGTON, DC ⊙ HYATTSVILLE ⊙ RICHMOND ⊙ SAN FRANCISCO ⊙ PALO ALTO ⊙ NEW YORK ⊙ HONG KONG ⊙ AUSTIN ⊙ DENVER ⊙ LOS ANGELES ⊙ LONDON

SCHEDULE@GREGORYEDWARDS.COM ⊙ 844 4 TEAM GE ⊙ FINANCE@GREGORYEDWARDS.COM

# GREGORY EDWARDS

WORLDWIDE COURT REPORTING ⊙ GLOBAL REACH WITHOUT COMPROMISE



Remittance Address 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

**INVOICE**

EIN: 52-2360813

| Date | Invoice # |
|------|-----------|
| 4/14/2021 | |

| Bill To | Ship To |
|---------|---------|
| Fish & Richardson<br>1221 McKinney Street Suite 2800<br>Houston, TX 77010<br>Attn: Accounts Payable<br>invoices@fr.com | Fish & Richardson<br>1221 McKinney Street Suite 2800<br>Houston, TX 77010<br>Attn: Ms. Vivan Lopez<br>lopez@fr.com |

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| | 5/14/2021 | GE | | E-Mail | 42969-0021LL |

| Description | Qty | Unit | Rate | Amount |
|-------------|-----|------|------|--------|
| March 17, 2021 - GE Virtual Deposition | 1 | App Fee | 90.00 | 90.00 |
| | | | | |
| Certified original transcript of Ulf Martensson | 165 | Pgs/Tech/VC | 4.35 | 717.75 |
| Certified original transcript of Joseph Shain | 156 | Pgs/Tech/VC | 4.35 | 678.60 |
| Court reporter's overtime rate | 3 | Hrs | 150.00 | 450.00 |
| | | | | |
| Process and certify native file exhibits | 12 | Pgs | 1.45 | 17.40 |
| Process and certify original depo exhibits | 52 | Pgs | 0.35 | 18.20 |
| Hyperlink exhibits with transcript - waived | 52 | Pgs | 0.00 | 0.00 |
| | | | | |
| Provide PTX, LEF, TXT and PDF transcript files - waived | 1 | File Set | 0.00 | 0.00 |
| Errata sheet preparation and distribution | 1 | Errata | 45.00 | 45.00 |
| Provide minuscript - waived | 1 | Minu | 0.00 | 0.00 |
| Real-time connection / one hook-up | 321 | Pgs | 1.40 | 449.40 |
| Rough ASCII provided | 321 | Pgs | 1.40 | 449.40 |
| | | | | |
| Real-time streaming of deposition transcript (setup) | 1 | Connection | 150.00 | 150.00 |
| Remote Deposition setup and administration fees - waived | 1 | Fee | 0.00 | 0.00 |
| Secure GE cloud server access (transcripts/exhibits) - waived | 1 | E-file | 0.00 | 0.00 |

It is a pleasure working with you!

Payment is due on receipt of invoice. Accounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge. In the event GregoryEdwards retains legal counsel to collect any amount due and owing, the customer agrees to pay GregoryEdwards' attorneys' fees and costs, including contingency fees, regardless of whether formal legal action is filed. If a civil action is filed, the customer agrees that it shall be subject to the exclusive jurisdiction and venue of the state and/or federal courts in Maryland.

| | |
|---|---|
| **Subtotal** | $3,065.75 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $3,065.75 |
| **Balance Due** | $3,065.75 |

4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

WASHINGTON, DC ⊙ HYATTSVILLE ⊙ RICHMOND ⊙ SAN FRANCISCO ⊙ PALO ALTO ⊙ NEW YORK ⊙ HONG KONG ⊙ AUSTIN ⊙ DENVER ⊙ LOS ANGELES ⊙ LONDON

SCHEDULE@GREGORYEDWARDS.COM ⊙ 844 4 TEAM GE ⊙ FINANCE@GREGORYEDWARDS.COM

# GREGORY EDWARDS
## WORLDWIDE COURT REPORTING ⊙ GLOBAL REACH WITHOUT COMPROMISE



Remittance Address 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

INVOICE

EIN: 52-2360813

| Date | Invoice # |
|------|-----------|
| 4/14/2021 | |

| Bill To | Ship To |
|---------|---------|
| Fish & Richardson<br>1221 McKinney Street Suite 2800<br>Houston, TX 77010<br>Attn: Accounts Payable<br>invoices@fr.com | Fish & Richardson<br>1221 McKinney Street Suite 2800<br>Houston, TX 77010<br>Attn: Ms. Vivan Lopez<br>lopez@fr.com |

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| | 5/14/2021 | GE | | E-Mail | 42969-0021LL |

| Description | Qty | Unit | Rate | Amount |
|-------------|-----|------|------|--------|
| March 17, 2021 - GE Virtual Deposition<br>Video Services | | | | |
| Video mpegs flat daily rate | 1 | Fee | 315.00 | 315.00 |
| Videographer's first two hour appearance fee | 2 | Hrs | 155.00 | 310.00 |
| Videographer's hourly appearance fee | 7 | Hrs | 155.00 | 1,085.00 |
| Videographer's overtime rate | 3 | Hrs | 150.00 | 450.00 |
| English language video synchronization (per video file) | 7 | Files | 35.00 | 245.00 |
| Secure GE cloud server access (video) - waived | 1 | E-file | 0.00 | 0.00 |

It is a pleasure working with you!

Payment is due on receipt of invoice. Accounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge. In the event GregoryEdwards retains legal counsel to collect any amount due and owing, the customer agrees to pay GregoryEdwards' attorneys' fees and costs, including contingency fees, regardless of whether formal legal action is filed. If a civil action is filed, the customer agrees that it shall be subject to the exclusive jurisdiction and venue of the state and/or federal courts in Maryland.

| | |
|---|---|
| Subtotal | $2,405.00 |
| Sales Tax (0.0%) | $0.00 |
| Total | $2,405.00 |
| Balance Due | $2,405.00 |

4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

WASHINGTON, DC ⊙ HYATTSVILLE ⊙ RICHMOND ⊙ SAN FRANCISCO ⊙ PALO ALTO ⊙ NEW YORK ⊙ HONG KONG ⊙ AUSTIN ⊙ DENVER ⊙ LOS ANGELES ⊙ LONDON

SCHEDULE@GREGORYEDWARDS.COM ⊙ 844 4 TEAM GE ⊙ FINANCE@GREGORYEDWARDS.COM

# I N V O I C E



**Huseby**.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| | 3/29/2021 | |
| **Job Date** | **Case No.** | |
| 3/19/2021 | 6:20-CV-00505 | |
| **Case Name** | | |
| Neonode Smartphone LLC vs. Apple Inc | | |
| **Payment Terms** | | |
| Due upon receipt, after 30 days 1.5% fee | | |

Betty H. Chen, Esq.
Fish & Richardson PC
111 Congress Ave
Ste 810
Austin, TX 78701

1 COPY OF TRANSCRIPT OF:
   Mark Rollins 30(b)(6)

                                             1,846.90

**TOTAL DUE  >>>**         **$1,846.90**

Location of Job   : All Parties to Appear Remotely
                   Los Angeles, CA 90012

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 55.40 |
| **(=) New Balance:** | **$1,902.30** |