Philip J. Graves (SBN 153441)
pgraves@gravesshaw.com
Greer N. Shaw (SBN 197960)
gshaw@gravesshaw.com
GRAVES & SHAW LLP
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101

Kalpana Srinivasan (SBN 237460)
ksrinivasan@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029)
Tel: (310) 789-3100 / Fax: (310) 789-3150

Brian D. Melton *(Admitted PHV)*
bmelton@susmangodfrey.com)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Tel: (713) 651-9366 / Fax: (713) 654-6666

(Additional attorneys on signature page)

*Attorneys for Plaintiff Neonode Smartphone LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEONODE SMARTPHONE LLC, | Case No. 3:21-cv-08872-EMC |
| Plaintiff, | **NEONODE SMARTPHONE LLC'S NOTICE OF APPEAL** |
| v. | |
| APPLE INC. | |
| Defendant. | |

United States District Court
Northern District of California

PLEASE TAKE NOTICE that Plaintiff Neonode Smartphone LLC ("Neonode"), hereby appeals to the United States Court of Appeals for the Federal Circuit from the June 8, 2026 Order granting Defendant's Motion for Summary Judgment (Dkt. No. 214), June 16, 2026 Final Judgment (Dkt. No. 215), and any and all other orders, rulings, findings, and/or conclusions interlocutory thereto or adverse to Neonode. Neonode submits the required filing fee with this Notice of Appeal and respectfully requests that the district clerk prepare the record on appeal pursuant to Federal Rule of Appellate Procedure 10(a).

United States District Court
Northern District of California

1

Date: July 1, 2026

Respectfully submitted,

By: */s/ Brian D. Melton*

Philip J. Graves (SBN 153441)
pgraves@gravesshaw.com
Greer N. Shaw (SBN 197960)
gshaw@gravesshaw.com)
GRAVES & SHAW LLP
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101

Kalpana Srinivasan (SBN 237460)
ksrinivasan@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029)
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Brian D. Melton *(Admitted PHV)*
Taylor Wilson (*Admitted PHV*)
Corey Lipschutz (*Admitted PHV*)
bmelton@susmangodfrey.com
twilson@susmangodfrey.com
clipschutz@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

William J. Melsheimer
jmelsheimer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 729-2012
Fax: (212) 336-8340

*Counsel for Plaintiff Neonode Smartphone LLC*

United States District Court
Northern District of California

NEONODE SMARTPHONE LLC'S NOTICE OF APPEAL
Case No. 3:21-cv-08872-EMC

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document has been served on all current counsel of record on July 1, 2026.

/s/ Brian D. Melton
Brian D. Melton