Philip J. Graves
(SBN 153441 | pgraves@gravesshaw.com)
Greer N. Shaw
(SBN 197960 | gshaw@gravesshaw.com
GRAVES & SHAW LLP
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101

Kalpana Srinivasan
(SBN 237460 | ksrinivasan@susmangodfrey.com)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029)
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150

Brian D. Melton
SUSMAN GODFREY L.L.P.
(Admitted PHV | bmelton@susmangodfrey.com)
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for Plaintiff NEONODE
SMARTPHONE LLC

Roger A. Denning (SBN 228998)
denning@fr.com
Joy B. Kete (SBN 355859)
kete@fr.com
Elliot N. Scher (SBN 343705)
scher@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Aamir A. Kazi ( Pro Hac Vice)
kazi@fr.com
Katherine H. Reardon (Pro Hac Vice)
reardon@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 90309
Tel: (404) 892-5005 / Fax: (404) 892-5002

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>               Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>               Defendant. | No.  3:21-cv-08872-EMC<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR NEONODE TO FILE OBJECTIONS TO APPLE'S BILL OF COSTS** |

1

Pursuant to Civil L.R. 6-2, the parties submit this stipulated request to extend Neonode Smartphone LLC's ("Neonode") deadline to file objections to Apple Inc.'s ("Apple") Bill of Costs (Dkt. 219). The current deadline and the proposed are in the chart below.

| Event | Current Deadline | Parties' Proposed Amended Deadline |
|---|---|---|
| Neonode's deadline to file objections to Apple's Bill of Costs | July 14, 2026 | July 28, 2026 |

The parties request this extension to provide additional time to meet and confer regarding Neonode's objections to Apple's Bill of Costs in an effort to resolve outstanding issues.

As set forth in the attached declaration of William Melsheimer, the parties previously sought, and the Court entered, several schedule modifications. The parties submitted a stipulation regarding the schedule on October 27, 2025. Dkt. 141. The Court issued an Amended Scheduling Order on December 15, 2025. Dkt. 151. The parties submitted a stipulation regarding the schedule on December 16, 2025. Dkt. 153. The Court issued an Amended Scheduling Order on December 17, 2025. Dkt. 154. The parties submitted a stipulation regarding the schedule on February 10, 2026. Dkt. 160. The Court issued an Amended Scheduling Order on February 12, 2026. Dkt. 165. The parties submitted a stipulation regarding the schedule on March 6, 2026. Dkt. 173. The Court issued an Amended Scheduling Order on March 6, 2026. Dkt. 174. The parties submitted a motion regarding an early summary judgment motion and briefing schedule on March 20, 2026. Dkt. 179. The Court issued an Amended Scheduling Order on March 25, 2026. Dkt. 180. The parties submitted a stipulation regarding the suspension of fact discovery and case schedule on June 5, 2026. Dkt. 213. The Court did not rule on that motion.

The requested extension will not affect the schedule for the case as it has been terminated. *See* Dkt. 215.

2

Respectfully submitted,

By: */s/ William Melsheimer*
Philip J. Graves
(SBN 153441 | pgraves@gravesshaw.com)
Greer N. Shaw
(SBN 197960 | gshaw@gravesshaw.com)
GRAVES & SHAW LLP
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101

Kalpana Srinivasan
(SBN 237460 | ksrinivasan@susmangodfrey.com)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029)
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Brian D. Melton
SUSMAN GODFREY L.L.P.
*(Admitted PHV | bmelton@susmangodfrey.com)*
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

William J. Melsheimer
SUSMAN GODFREY L.L.P.
*(Admitted PHV |*
jmelsheimer@susmangodfrey.com)
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 729-2012
Fax: (212) 336-8340

*Counsel for Plaintiff Neonode Smartphone LLC*

By: */s/    Aamir A. Kazi*
Roger A. Denning (SBN 228998)
denning@fr.com
Joy B. Kete (SBN 355859)
kete@fr.com
Elliot N. Scher (SBN 343705)
scher@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Aamir A. Kazi (*Pro Hac Vice*)
kazi@fr.com
Katherine H. Reardon (*Pro Hac Vice*)
reardon@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 90309
Tel: (404) 892-5005 / Fax: (404) 892-5002

*Counsel for Defendant Apple Inc.*

3

**ATTESTATION**

Pursuant to Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Apple.

/s/___William Melsheimer____
William Melsheimer

4

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 14th day of July, 2026, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, using this Court's Electronic Case Filing (ECF) system.

*/s/  William Melsheimer*
William Melsheimer

0