Philip J. Graves
(SBN 153441 | pgraves@gravesshaw.com)
Greer N. Shaw
(SBN 197960 | gshaw@gravesshaw.com
GRAVES & SHAW LLP
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101

Kalpana Srinivasan
(SBN 237460 | ksrinivasan@susmangodfrey.com)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029)
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150

Brian D. Melton
SUSMAN GODFREY L.L.P.
(Admitted PHV | bmelton@susmangodfrey.com)
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for Plaintiff NEONODE
SMARTPHONE LLC

Roger A. Denning (SBN 228998)
denning@fr.com
Joy B. Kete (SBN 355859)
kete@fr.com
Elliot N. Scher (SBN 343705)
scher@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Aamir A. Kazi ( *Pro Hac Vice*)
kazi@fr.com
Katherine H. Reardon (*Pro Hac Vice*)
reardon@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 90309
Tel: (404) 892-5005 / Fax: (404) 892-5002

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NEONODE SMARTPHONE LLC,

Plaintiff,

v.

APPLE INC.,

Defendant.

No.  3:21-cv-08872-EMC

**DECLARATION OF WILLIAM MELSHEIMER IN SUPPORT OF JOINT STIPULATION TO EXTEND DEADLINE FOR NEONODE TO FILE OBJECTIONS TO APPLE'S BILL OF COSTS**

1

I, William J. Melsheimer, hereby declare as follows:

1.     I am an attorney in the law firm Susman Godfrey L.L.P., counsel of record for Plaintiff Neonode Smartphone LLC in the above captioned matter. I have personal knowledge of all the facts contained herein and, if called as a witness, I could and would testify competently thereto.

2.     Pursuant to Civil L.R. 6-2, the parties request a two-week extension of the current deadline for Neonode to file objections to Apple's Bill of Costs, from July 14, 2026 to July 28, 2026.

3.     The parties request this extension to provide additional time to meet and confer regarding Neonode's objections to Apple's Bill of Costs in an effort to resolve outstanding issues.

4.     The parties previously sought, and the Court entered, several schedule modifications. The parties submitted a stipulation regarding the schedule on October 27, 2025. Dkt. 141. The Court issued an Amended Scheduling Order on December 15, 2025. Dkt. 151. The parties submitted a stipulation regarding the schedule on December 16, 2025. Dkt. 153. The Court issued an Amended Scheduling Order on December 17, 2025. Dkt. 154. The parties submitted a stipulation regarding the schedule on February 10, 2026. Dkt. 160. The Court issued an Amended Scheduling Order on February 12, 2026. Dkt. 165. The parties submitted a stipulation regarding the schedule on March 6, 2026. Dkt. 173. The Court issued an Amended Scheduling Order on March 6, 2026. Dkt. 174. The parties submitted a motion regarding an early summary judgment motion and briefing schedule on March 20, 2026. Dkt. 179. The Court issued an Amended Scheduling Order on March 25, 2026. Dkt. 180. The parties submitted a stipulation regarding the suspension of fact discovery and case schedule on June 5, 2026. Dkt. 213. The Court did not rule on that motion.

2

DECLARATION OF MELSHEIMER IN SUPPORT
OF JOINT STIPULATION TO EXTEND DEADLINE
FOR NEONODE TO FILE OBJECTIONS TO
APPLE'S BILL OF COSTS
CASE NO. 3:21-CV-08872-EMC

5.     The requested extension will not affect the schedule for the case as it has been terminated. *See* Dkt. 215.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on July 14, 2025, in New York, NY.


                                    */s/  William Melsheimer*____
                                    William Melsheimer

3

0