Philip J. Graves
(SBN 153441 | pgraves@gravesshaw.com)
Greer N. Shaw
(SBN 197960 | gshaw@gravesshaw.com
GRAVES & SHAW LLP
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101

Kalpana Srinivasan
(SBN 237460 | ksrinivasan@susmangodfrey.com)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029)
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150

Brian D. Melton
SUSMAN GODFREY L.L.P.
*(Admitted PHV* | bmelton@susmangodfrey.com)
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for Plaintiff NEONODE
SMARTPHONE LLC

Roger A. Denning (SBN 228998)
denning@fr.com
Joy B. Kete (SBN 355859)
kete@fr.com
Elliot N. Scher (SBN 343705)
scher@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Aamir A. Kazi ( *Pro Hac Vice*)
kazi@fr.com
Katherine H. Reardon (*Pro Hac Vice*)
reardon@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 90309
Tel: (404) 892-5005 / Fax: (404) 892-5002

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>                    Defendant. | No.  3:21-cv-08872-EMC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE FOR NEONODE TO FILE OBJECTIONS TO APPLE'S BILL OF COSTS** |

1

Having considered the parties' Stipulated Request to Extend Neonode's Deadline to File Objections to Apple's Bill of Costs, the Court GRANTS the request and orders that Neonode file its objections by July 28, 2026.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

_____
The Honorable Edward Chen
United States District Court Judge

2

[PROPOSED] ORDER GRANTING JOINT
STIPULATION TO EXTEND DEADLINE FOR
NEONODE TO FILE OBJECTIONS TO APPLE'S
BILL OF COSTS
CASE No. 3:21-cv-08872-EMC

0