Philip J. Graves
(SBN 153441 | pgraves@gravesshaw.com)
Greer N. Shaw
(SBN 197960 | gshaw@gravesshaw.com
GRAVES & SHAW LLP
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101

Kalpana Srinivasan
(SBN 237460 | ksrinivasan@susmangodfrey.com)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029)
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150

Brian D. Melton
SUSMAN GODFREY L.L.P.
*(Admitted PHV* | bmelton@susmangodfrey.com)
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for Plaintiff NEONODE
SMARTPHONE LLC

Roger A. Denning (SBN 228998)
denning@fr.com
Joy B. Kete (SBN 355859)
kete@fr.com
Elliot N. Scher (SBN 343705)
scher@fr.com
Jeffrey H Burton (SBN 328305)
jburton@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Aamir A. Kazi ( *Pro Hac Vice*)
kazi@fr.com
Katherine H. Reardon (*Pro Hac Vice*)
reardon@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 90309
Tel: (404) 892-5005 / Fax: (404) 892-5002

Attorneys for Defendant APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>                    Defendant. | No.  3:21-cv-08872-EMC<br><br>**JOINT STIPULATION TO STAY OBJECTIONS TO AND RESOLUTION OF APPLE'S BILL OF COSTS** |

1

Pursuant to Civil L.R. 6-2, the parties submit this stipulated request to stay Neonode Smartphone LLC's ("Neonode") objection to and this Court's resolution of Apple Inc.'s ("Apple") Bill of Costs (Dkt. 219) pending resolution of Neonode's appeal. On June 16, 2026, the Court entered final judgment after granting Apple's motion for summary judgment. Dkt. 215. On June 30, 2026, Apple filed its Bill of Costs. Dkt. 219. On July 1, 2026, Neonode filed its notice of appeal to the Federal Circuit. Dkt. 220. On July 13, 2026, the parties met and conferred to discuss Neonode's objections to Apple's Bill of Costs. The parties filed a joint stipulation to extend Neonode's deadline to file its objections to Apple's Bill of Costs from July 14 to July 28. Dkt. 222. After conferring, the parties have agreed to stay Neonode's objection to and the Court's resolution of Apple's Bill of Costs pending appeal. Accordingly, the parties respectfully request that the Court (1) stay Neonode's objection deadline to Apple's Bill of Costs, and (2) defer resolution on Apple's Bill of Costs until after Neonode's appeal to the Federal Circuit is resolved.

"[T]he Court has discretion to defer ruling on a taxation of costs while an appeal on the merits is pending." *Shields v. Fed'n Internationale De Natation*, 2023 WL 8852750, at *1 (N.D. Cal. Dec. 21, 2023); *see also Lasic v. Moreno*, 2007 WL 4180655, at *1 (E.D. Cal. Nov. 21, 2007) ("The Court finds that in the interests of judicial economy, ruling on the Defendant's Bill of Costs should be deferred until the pending appeal is disposed. It would be a [sic] inefficient use of judicial resources to rule on the Bill of Costs at this time, and then to later re-evaluate the issue after the appeal is completed."). The Court should exercise its discretion to defer ruling on Apple's Bill of Costs until after Neonode's appeal is resolved. Ruling on Apple's Bill of Costs would be inefficient if the Court is required to re-evaluate costs after the appeal is completed. The parties agree that judicial and party resources would be preserved if briefing on Neonode's objections to Apple's Bill of Costs and the Court's ruling on such objections were deferred until after the appeal is resolved.

The parties will jointly move to lift the stay within 14 days of the Federal Circuit's issuance of a mandate on the appeal.

The requested stay will not affect the schedule for the case as it has been terminated. *See* Dkt. 215.

2

Respectfully submitted,

By: /s/ William Melsheimer

Philip J. Graves
(SBN 153441 | pgraves@gravesshaw.com)
Greer N. Shaw
(SBN 197960 | gshaw@gravesshaw.com)
GRAVES & SHAW LLP
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (213) 204-5101

Kalpana Srinivasan
(SBN 237460 | ksrinivasan@susmangodfrey.com)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029)
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Brian D. Melton
SUSMAN GODFREY L.L.P.
(Admitted PHV | bmelton@susmangodfrey.com)
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

William J. Melsheimer
SUSMAN GODFREY L.L.P.
(Admitted PHV |
jmelsheimer@susmangodfrey.com)
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 729-2012
Fax: (212) 336-8340

Counsel for Plaintiff Neonode Smartphone LLC

By: /s/   Jeffrey Burton

Roger A. Denning (SBN 228998)
denning@fr.com
Joy B. Kete (SBN 355859)
kete@fr.com
Elliot N. Scher (SBN 343705)
scher@fr.com
Jeffrey H Burton (SBN 328305)
jburton@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

Aamir A. Kazi (Pro Hac Vice)
kazi@fr.com
Katherine H. Reardon (Pro Hac Vice)
reardon@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 90309
Tel: (404) 892-5005 / Fax: (404) 892-5002

Counsel for Defendant Apple Inc.

3

**ATTESTATION**

Pursuant to Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Apple.

/s/ ___William Melsheimer____
William Melsheimer

JOINT STIPULATION TO STAY OBJECTIONS TO
AND RESOLUTION OF APPLE'S BILL OF COSTS
CASE NO. 3:21-CV-08872-EMC

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 24th day of July, 2026, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, using this Court's Electronic Case Filing (ECF) system.

/s/ _William Melsheimer____
William Melsheimer

JOINT STIPULATION TO STAY OBJECTIONS TO
AND RESOLUTION OF APPLE'S BILL OF COSTS
CASE NO. 3:21-CV-08872-EMC